MARK D. ROWLAND (CSB # 157862)
  mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
  gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
  mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
  jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORP.,<br><br>Defendant. | Case No.: C04-2123 MJJ<br>Case No.: C04-3732 MJJ<br>Case No.: C04-3327 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

---

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ

| | |
|---|---|
| 1 | Plaintiffs Abbott Diabetes Care, Inc. (formally Therasense, Inc.) and Abbott |
| 2 | Laboratories ("Plaintiffs") and Defendants' Nova Biomedical Corp. and Becton, Dickinson and |
| 3 | Co., ("Defendants") have reviewed the following exhibits to the Declaration of Bradford J. |
| 4 | Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition |
| 5 | |
| 6 | to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the |
| 7 | Same Basis as Outside Counsel. Plaintiffs and Defendants stipulate that the following exhibits |
| 8 | contain confidential information which should be filed under seal pursuant to Civil L.R. 79-5: |
| 9 | **Exhibit 1** (document bearing production number TH0002440 through TH0002443) |

August 5, 2005

By /s/ Bradford J. Badke

BRADFORD J. BADKE
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 596-9000

MARK D. ROWLAND (CSB # 157862)
GABRIELLE E. HIGGINS (CSB # 163179)
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 841-5700

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

1
2   August 5, 2005
3
4                                         By:    /s/ Jason Rantanen            .
5                                             JEFFREY I. WEINBERGER (SBN 56214)
                                              DANIEL A. BECK (SBN 204496)
6                                             MUNGER, TOLLES & OLSON LLP
                                              335 South Grand Avenue
7                                             35th Floor
                                              Los Angeles, CA 90071
8                                             Telephone:  (213) 683-9288
                                              Facsimile:  (213) 687-3702
9
                                              ROHIT K. SINGLA (SBN 213057)
10                                            JASON RANTANEN (SBN 229404)
                                              MUNGER, TOLLES & OLSON LLP
11                                            560 Mission Street
                                              27th Floor
12                                            San Francisco, CA 94105
                                              Telephone:  (415) 512-4040
13                                            Facsimile:  (415) 512-4077
14                                            Attorneys for PLAINTIFFS
                                              ABBOTT DIABETES CARE, INC. and
15                                            ABBOTT LABORATORIES
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ

| | |
|---|---|
| 1 | This Court ORDERS that the following documents be FILED UNDER SEAL: |
| 2 | Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical |
| 3 | Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In- |
| 4 | House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __August 9, 2005__, 2005     By _____

Bernard Zimmerman

United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Bernard Zimmerman]*

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ