MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THERASENSE, INC. and ABBOTT LABORATORIES,

    Plaintiffs,

v.

NOVA BIOMEDICAL CORP.,

    Defendant.

Case No.: C04-2123 MJJ
Case No.: C04-3732 MJJ
Case No.: C04-3327 MJJ

[PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

*No opposition filed*

1. Having considered Defendants' Motion to Remove Incorrectly Filed Documents, this Court hereby ORDERS that the following documents be removed from the docket:

Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel, electronically filed on August 3, 2005 (Attachment 1 to Docket No. 64 in Case No. 3:04-CV-03732 MJJ, and Attachment 1 to Docket No. 86 in Case No. 3:04-CV-02123 MJJ).

**IT IS SO ORDERED.**

Dated: /2 Aug , 2005        By: _____
                                Bernard Zimmerman
                                United States Magistrate Judge