LATHAM & WATKINS LLP
   Richard B. Ulmer Jr. (Bar No. 124561)
135 Commonwealth Drive
Menlo Park, California 94025-3656
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Third Party
Roche Diagnostics Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>    Plaintiffs,<br><br>v.<br><br>BECTON, DICKINSON AND CO.,<br><br>    Defendant. | CASE NO. C 04-2123 MJJ<br><br>DECLARATION OF LYNN C. TYLER, ESQ. IN SUPPORT OF REQUEST FOR LEAVE FOR ROCHE DIAGNOSTICS CORP. TO FILE ITS RESPONSE TO PLAINTIFFS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

    I, Lynn C. Tyler, under the penalties for perjury, hereby declare:

    1.    I am an attorney duly licensed to practice before the courts of the State of Indiana and am seeking permission to represent Roche Diagnostics Corporation ("RDC"), a defendant in Case No. C 05-3177 JF, and Roche Diagnostics Operations, Inc. *pro hac vice* before this Court. I am a partner in the law firm of Barnes & Thornburg LLP. I make the following statements of my own personal knowledge and if called as a witness I could and would testify competently thereto.

    2.    According to court records, Case No. C 05-3177 JF was filed against RDC and Bayer Healthcare LLC on August 1, 2005 and RDC was served with the Complaint on August 2, 2005. RDC contacted our firm promptly about representing it and, together with in-house

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

SV\471149.1

1

CASE NO. C 04-2123 MJJ
DECLARATION OF LYNN C. TYLER, ESQ.

1  counsel from RDC, we began contacting firms in this District to serve as local counsel. At one
2  point it appeared that Bingham McCutchen LLP would be able to serve as RDC's local counsel
3  but it later had to decline based on a conflict. We then contacted other firms and learned on
4  Friday, August 19, that Latham & Watkins LLP had cleared conflicts and would be able to serve
5  as local counsel for RDC.

6      3.    In response to email messages seeking Plaintiffs' consent to RDC's filing of a
7  statement addressing Plaintiffs' motion to have these two cases related, on Monday, August 22,
8  Plaintiffs' counsel asked RDC to state Plaintiffs' position that the December 14 *Markman*
9  hearing in this case should not be postponed and that, accordingly, the *Markman* hearing in C 05-
10 3117 JF would occur separately from and later than the December 14 *Markman* hearing in this
11 case. For the reasons set out in the brief accompanying this declaration, RDC strongly disagrees
12 with Plaintiffs' proposal.

13     4.    Also on August 22, counsel for Becton Dickinson and Nova consented to the
14 filing of RDC's statement as long as RDC noted that those parties continue to oppose having the
15 cases related for the reasons stated in their papers.

16     I declare under penalty of perjury under the laws of the United States that the foregoing is
17 true and correct.

Dated: August 22, 2005

_____
Lynn C. Tyler

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

SV\471149.1

2

CASE NO. C 04-2123 MJJ
DECLARATION OF LYNN C. TYLER, ESQ.