UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BECTON, DICKSON AND CO.,<br><br>　　　　Defendant(s). | No. C04-2123 MJJ (BZ) |
| THERASENSE, INC.<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NOVA BIOMEDICAL CORPORATION,<br><br>　　　　Defendant(s). | No. C04-3732 MJJ (BZ) |
| BECTON DICKINSON & CO.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>THERASENSE, INC.,<br><br>　　　　Defendant(s). | No. C04-3327 MJJ (BZ)<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that if Becton Dickinson & Co. or Nova Biomedical Corporation wish to have in-house counsel access confidential documents, they must either obtain

1

approval of Abbott Laboratories and Therasense, Inc. or make a proper showing before the Court.

Dated: September 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\PROTECTIVE.ORD.wpd