| | |
|---|---|
| JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4040<br>Facsimile: (415) 512-4077<br>Email: jason.rantanen@mto.com | MARIA WYCKOFF BOYCE (pro hac vice)<br>BAKER BOTTS, LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77002<br>Telephone: (713) 229-1922<br>Facsimile: (713) 229-2722<br>Email: maria.boyce@bakerbotts.com |
| JAMES W. CANNON, JR. (pro hac vice)<br>WILLIAM P. JOHNSON (pro hac vice)<br>DAVID ARLINGTON (pro hac vice)<br>BAKER BOTTS, LLP<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 322-2653<br>Facsimile: (512) 322-8353<br>Email: jim.cannon@bakerbotts.com<br>Email: william.johnson@bakerbotts.com<br>Email: david.arlington@bakerbotts.com | DAVID G. WILLE (pro hac vice)<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6595<br>Facsimile: (214) 661-4595<br>Email: david.wille@bakerbotts.com |

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br><br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br><br>Order granting:<br><br>**JOINT STIPULATION CONCERNING DEADLINE FOR PARTIES TO FILE OPENING AND OPPOSITION BRIEFS ON CLAIM CONTSRUCTION** |

## JOINT STIPULATION

Pursuant to the Case Management Order, Plaintiff and Counterdefendant, TheraSense, Inc. ("TheraSense") and Plaintiff Abbott Laboratories ("Abbott") (collectively "Plaintiffs"), and Defendant and Counterplaintiff, Becton, Dickinson & Company ("BD"), and Defendant Nova Biomedical Corp. ("Nova") (collectively "Defendants"), had agreed to file opening briefs on claim construction on October 29, 2005 and also to file opposition briefs on claim construction on November 19, 2005. The parties stipulate as follows: (1) opening briefs will be filed on Monday, October 31, 2005; and (2) opposition briefs will be filed on November 21, 2005.

DATED: October 27, 2005

Ropes & Gray LLP

_____
Mark D. Meredith
ATTORNEYS FOR BECTON DICKINSON
AND NOVA BIOMEDICAL

DATED: October __, 2005

BAKER BOTTS L.L.P.

_____
James W. Cannon, Jr.
ATTORNEYS FOR PLAINTIFFS ABBOTT
DIABETES CARE INC. AND ABBOTT
LABORATORIES

# ORDER
## ON JOINT STIPULATION CONCERNING DEADLINE FOR PARTIES TO FILE OPENING AND OPPOSITION BRIEFS ON CLAIM CONSTRUCTION

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 11/8/2005      By: _____
                          Honorable Martin J. Jenkins
                          UNITED STATES DISTRICT JUDGE

AUS01:395118.1                    3                    JOINT STIPULATION
                                                       AND PROPOSED ORDER
                                                       CASE NO. C04-2123 MJJ