UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br>       Plaintiff(s),<br>  v.<br>BECTON, DICKSON AND CO.,<br>       Defendant(s). | No. C04-2123 MJJ (BZ) |
| THERASENSE, INC.<br>       Plaintiff(s),<br>  v.<br>NOVA BIOMEDICAL CORPORATION,<br>       Defendant(s). | No. C04-3732 MJJ (BZ) |
| BECTON DICKINSON & CO.,<br>       Plaintiff(s),<br>  v.<br>THERASENSE, INC.,<br>       Defendant(s). | No. C04-3327 MJJ (BZ)<br>**DISCOVERY ORDER** |

Following the telephonic discovery conference, **IT IS HEREBY ORDERED** that the parties meet and confer to try to

1

1 | resolve the discovery disputes described in their letters
2 | to the court, dated November 21, 2005 and November 22,
3 | 2005, in accordance with the views expressed by the court.
4 | If the disputes cannot be resolved, the parties are granted
5 | leave to file appropriate motions by **January 9, 2006**.  Any
6 | opposition shall be filed by **January 13, 2006** and any reply
7 | shall be filed by **January 20, 2006**.  If a hearing is
8 | necessary, it will be held on **February 1, 2006, at**
9 | **10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building,
10 | 450 Golden Gate Avenue, San Francisco, California 94102.
11 | Dated: November 30, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\DISCOVERY4.ORD.wpd

2