| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*)<br>jim.badke@ropesgray.com<br>SONA DE (CSB # 193896)<br>sona.de@ropesgray.com<br>NINA HORAN (*pro hac vice*)<br>nina.horan@ropesgray.com<br>BRIEN P. SANTARLAS (*pro hac vice*)<br>brien.santarlas@ropesgray.com<br>SANJEEV MEHTA (*pro hac vice*)<br>sanjeev.mehta@ropesgray.com<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090 | MARK D. ROWLAND (CSB # 157862)<br>mark.rowland@ropesgray.com<br>GABRIELLE E. HIGGINS (CSB # 163179)<br>gabrielle.higgins@ropesgray.com<br>ROPES & GRAY LLP       E-filing<br>525 University Place<br>Palo Alto, CA 94301<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br><br>**FILED**<br>JAN 1 2 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br><br>AND RELATED CASES. | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL<br><br>Date: February 7, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Honorable Martin J. Jenkins |

1  Plaintiff Abbott Laboratories and Defendants Nova Biomedical
2  Corporation and Becton, Dickinson and Company ("Defendants") have reviewed the
3  following exhibits to the Declaration of Sanjeev Mehta In Support of Defendants' Motion
4  To Collaterally Estop Plaintiff From Rearguing The Claim Construction Ruling From
5  The LifeScan Litigation, dated January 5, 2005. Plaintiff and Defendants stipulate that
6  the following exhibits contain confidential information that should be filed under seal
7  pursuant to Civil L.R. 79:5: **Exhibits 4, 6, and 9-17.**

Dated: January 5, 2006                ROPES & GRAY LLP

                                      By:_____/s/ Bradford J. Badke_____
                                         Bradford J. Badke (*pro hac vice*)
                                         Sona De (CSB # 193896)
                                         Nina R. Horan *(pro hac vice)*
                                         Brien P. Santarlas *(pro hac vice)*
                                         Sanjeev Mehta *(pro hac vice)*
                                         1251 Avenue of the Americas
                                         New York, New York 10020
                                         (212) 596-9000 (telephone)
                                         (212) 596-9090 (facsimile)

                                         Mark D. Rowland (CSB # 157862)
                                         Gabrielle E. Higgins (CSB # 163179)
                                         525 University Place
                                         Palo Alto, CA 94301
                                         Telephone: (650) 617-4000
                                         Facsimile: (650) 617-4090


                                         *Attorneys for Defendants*
                                         NOVA BIOMEDICAL CORPORATION and
                                         BECTON, DICKINSON AND COMPANY

| | | |
|---|---|---|
| 1 | Dated: January 5, 2006 | BAKER BOTTS, LLP |
| 2 | | |
| 3 | | By: /s/ James W. Cannon, Jr. |
| 4 | | James W. Cannon, Jr. (*pro hac vice*)<br>98 San Jacinto Boulevard<br>Suite 1500 |
| 5 | | Austin, Texas 78701<br>(512) 322-2653 (telephone) |
| 6 | | (512) 322-8353 (facsimile) |
| 7 | | Maria Wyckoff Boyce (*pro hac vice*)<br>910 Louisiana |
| 8 | | Houston, Texas 77002<br>(713) 229-1922 (telephone) |
| 9 | | (713) 229-2722 (facsimile) |
| 10 | | David G. Willie (*pro hac vice*)<br>2001 Ross Avenue |
| 11 | | Dallas, Texas 75201<br>(214) 953-6595 (telephone) |
| 12 | | (214) 661-4595 (facsimile) |
| 13 | | MUNGER, TOLLES & OLSEN LLP |
| 14 | | Rohit K. Singla (SBN 213057)<br>560 Mission Street |
| 15 | | 27th Floor<br>San Francisco, CA 94105 |
| 16 | | (415) 512-4040 (telephone)<br>(415) 512-4077 (facsimile) |
| 17 | | |
| 18 | | *Attorneys for Plaintiff* |
| 19 | | ABBOTT LABORATORIES |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | This Court ORDERS that the following documents be FILED UNDER SEAL: **Exhibits 4, 6, and 9-17** to the Declaration of Sanjeev Mehta In Support of Defendants' Motion To Collaterally Estop Plaintiff From Rearguing The Claim Construction Ruling From The LifeScan Litigation, dated January 5, 2006. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __1/12__, 2006    By: _____

Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE