1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  THERASENSE, INC.,            )
                                 )
11          Plaintiff(s),        )    No. C04-2123 MJJ (BZ)
                                 )
12      v.                       )
                                 )
13  BECTON, DICKSON AND CO.,     )
                                 )
14          Defendant(s).        )
    _____)
15  THERASENSE, INC.             )
                                 )
16          Plaintiff(s),        )    No. C04-3732 MJJ (BZ)
                                 )
17      v.                       )
                                 )
18  NOVA BIOMEDICAL CORPORATION,)
                                 )
19          Defendant(s).        )
    _____)
20  BECTON DICKINSON & CO.,      )
                                 )
21          Plaintiff(s),        )    No. C04-3327 MJJ (BZ)
                                 )
22      v.                       )
                                 )    **FIFTH DISCOVERY ORDER**
23  THERASENSE, INC.,            )
                                 )
24          Defendant(s).        )
    _____)
25

26      All discovery in this matter has been referred to United

27  States Magistrate Judge Bernard Zimmerman.

28      In the event a discovery dispute arises, the parties

                               1

1   shall meet in person or, if counsel are outside the Bay Area,

2   by telephone and make a good faith effort to resolve their

3   dispute.  Exchanging letters or telephone messages about the

4   dispute is insufficient.  The Court will not read subsequent

5   positioning letters; parties shall instead make a

6   contemporaneous record of their meeting using a tape recorder

7   or a court reporter.

8        In the event they cannot resolve their dispute, the

9   parties must participate in a telephone conference with the

10  Court **before** filing any discovery motions or other papers.

11  The party seeking discovery shall request a conference in a

12  letter served on all parties not exceeding two pages (with no

13  attachments) which briefly explains the nature of the action

14  and the issues in dispute.  Other parties may reply in similar

15  fashion within two days of receiving the letter requesting the

16  conference.  The Court will contact the parties to schedule

17  the conference.

18       After the conference with the Court, if filing papers is

19  deemed necessary, they should be filed **electronically filed**

20  with the Clerk's Office, with **one hard copy delivered directly**

21  **to Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A

22  chambers copy of all briefs shall be submitted on a diskette

23  formatted in WordPerfect 6, 8, 9 or 10.  The diskette shall be

24  scanned for virus before submission.

25  Dated: January 17, 2006

26  _____
                Bernard Zimmerman

27              United States Magistrate Judge

28  G:\BZALL\-REFS\THERASENSE\DISCOVERY5.ORD.wpd