MARK D. ROWLAND (CSB # 157862)
 mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
 gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
 mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
 jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> NOVA BIOMEDICAL CORP., <br><br> Defendant. | Case No.: C04-2123 MJJ <br> Case No.: C04-3732 MJJ <br> Case No.: C04-3327 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

| | |
|---|---|
| 1 | Plaintiffs Abbott Diabetes Care, Inc. (formally Therasense, Inc.) and Abbott |
| 2 | Laboratories ("Plaintiffs") and Defendants' Nova Biomedical Corp. and Becton, Dickinson and |
| 3 | |
| 4 | Co., ("Defendants") have reviewed the following exhibits to the Declaration of Bradford J. |
| 5 | Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition |
| 6 | to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the |
| 7 | Same Basis as Outside Counsel. Plaintiffs and Defendants stipulate that the following exhibits |
| 8 | contain confidential information which should be filed under seal pursuant to Civil L.R. 79-5: |
| 9 | **Exhibit 1** (document bearing production number TH0002440 through TH0002443) |

August 5, 2005

By /s/ Bradford J. Badke

BRADFORD J. BADKE
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 596-9000

MARK D. ROWLAND (CSB # 157862)
GABRIELLE E. HIGGINS (CSB # 163179)
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 841-5700

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

| | |
|---|---|
| 1 | |
| 2 | August 5, 2005 |
| 3 | |
| 4 | By:     /s/ Jason Rantanen     . |
| 5 | JEFFREY I. WEINBERGER (SBN 56214)<br>DANIEL A. BECK (SBN 204496) |
| 6 | MUNGER, TOLLES & OLSON LLP<br>335 South Grand Avenue |
| 7 | 35th Floor<br>Los Angeles, CA 90071 |
| 8 | Telephone: (213) 683-9288<br>Facsimile: (213) 687-3702 |
| 9 | |
| 10 | ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404) |
| 11 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 12 | 27th Floor<br>San Francisco, CA 94105 |
| 13 | Telephone: (415) 512-4040<br>Facsimile: (415) 512-4077 |
| 14 | Attorneys for PLAINTIFFS |
| 15 | ABBOTT DIABETES CARE, INC. and<br>ABBOTT LABORATORIES |

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ

| | |
|---|---|
| 1 | This Court ORDERS that the following documents be FILED UNDER SEAL: |
| 2 | Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical |
| 3 | Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In- |
| 4 | House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel. |
| 5 | |
| 6 | **PURSUANT TO STIPULATION, IT IS SO ORDERED** |

Dated: __January 20__, 2005    By: _____

**DENIED**
*Bernard Zimmerman*
Judge Bernard Zimmerman

In adequate showing under
Local Rule 79-5(a) & (d)

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ