| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*)<br>  jim.badke@ropesgray.com<br>SONA DE (CSB # 193896)<br>  sona.de@ropesgray.com<br>BRIEN P. SANTARLAS (*pro hac vice*)<br>  brien.santarlas@ropesgray.com<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>MARK D. ROWLAND (CSB # 157862)<br>  mark.rowland@ropesgray.com<br>GABRIELLE E. HIGGINS (CSB # 163179)<br>  gabrielle.higgins@ropesgray.com<br>ROPES & GRAY LLP<br>525 University Place<br>Palo Alto, CA 94301<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br><br>Attorneys for Defendants<br>BECTON, DICKINSON AND COMPANY<br>and NOVA BIOMEDICAL CORPORATION | ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>Telephone:    (415) 512-4040<br>Facsimile:    (415) 512-4077<br>*Email: rohit.singla@mto.com*<br>*Email: jason.rantanen@mto.com*<br><br>JAMES W. CANNON, JR. (*pro hac vice*)<br>WILLIAM P. JOHNSON (*pro hac vice*)<br>BAKER BOTTS, LLP<br>98 San Jacinto Boulevard<br>Suite 1500<br>Austin, Texas 78701<br>Telephone: (512) 322-2653<br>Facsimile:  (512) 322-8353<br>*Email:  jim.cannon@bakerbotts.com*<br>*Email:  william.johnson@bakerbotts.com*<br><br>MARIA WYCKOFF BOYCE (*pro hac vice*)<br>BAKER BOTTS, LLP<br>910 Louisiana<br>Houston, Texas 77002<br>Telephone: (713) 229-1922<br>Facsimile:  (713) 229-2722<br>*Email:  maria.boyce@bakerbotts.com*<br><br>DAVID G. WILLE (*pro hac vice*)<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6595<br>Facsimile:  (214) 661-4595<br>*Email:  david.wille@bakerbotts.com*<br><br>Attorneys for Plaintiffs<br>ABBOTT DIABETES CARE INC.<br>and ABBOTT LABORATORIES |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[PROPOSED] JOINT ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TECHNICAL TUTORIAL |

1
2
## ORDER

3   Equipment for the technical tutorial in this matter (including but not limited to
4   laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a
5   screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be
6   brought into Courtroom 11 on the 19th floor by Ropes & Gray, counsel for Defendants, Baker
7   Botts, counsel for Plaintiffs, and Ropes & Gray's vendor (including but not limited to On The
8   Record) beginning on Wednesday, March 8, 2006.
9
**IT IS SO ORDERED.**
10
11
12  Dated: __3/3/2006__          By:_____/s/ Martin J. Jenkins_____
13                                   United States District Judge