| | | |
|---|---|---|
| 1 | BRADFORD J. BADKE (*pro hac vice*)<br>  jim.badke@ropesgray.com | ROHIT K. SINGLA (SBN 213057)<br>JASON RANTANEN (SBN 229404) |
| 2 | SONA DE (CSB # 193896)<br>  sona.de@ropesgray.com | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 3 | BRIEN P. SANTARLAS (*pro hac vice*)<br>  brien.santarlas@ropesgray.com | 27th Floor<br>San Francisco, CA  94105 |

BRADFORD J. BADKE (*pro hac vice*)
  jim.badke@ropesgray.com
SONA DE (CSB # 193896)
  sona.de@ropesgray.com
BRIEN P. SANTARLAS (*pro hac vice*)
  brien.santarlas@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
  mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
  gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Attorneys for Defendants
BECTON, DICKINSON AND COMPANY
and NOVA BIOMEDICAL CORPORATION

ROHIT K. SINGLA (SBN 213057)
JASON RANTANEN (SBN 229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4040
Facsimile:     (415) 512-4077
*Email: rohit.singla@mto.com*
*Email: jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email:  jim.cannon@bakerbotts.com
Email:  shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email:  maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone: (214) 953-6595
Facsimile:  (214) 661-4595
Email:  david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

---

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[PROPOSED] JOINT ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT CLAIMS CONSTRUCTION HEARING |

## ORDER

Equipment for the claims construction hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, twelve to fifteen boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Ropes & Gray, counsel for Defendants, Baker Botts, counsel for Plaintiffs, and Ropes & Gray's vendor (including but not limited to On The Record) beginning on Wednesday, July 19, 2006.

**IT IS SO ORDERED.**

Dated: 7/14/2006

By: _/s/ Martin J. Jenkins_
United States District Judge