IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC. et al., | No. C04-02123 MJJ<br>No. C04-03327 MJJ |
| Plaintiff, | No. C04-03732 MJJ |
| v. | **ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |
| BECTON, DICKINSON et al., | |
| Defendant. | |

In light of ongoing claim construction proceedings in this matter, the Court hereby modifies the case management schedule entered October 19, 2006 by suspending the following four deadlines:

• Deadline for Plaintiff to serve "Final Infringement Contentions" (currently set for March 1).

• Deadline for Defendants to serve "Final Invalidity Contentions" (currently set for March 22).

• Deadline for Defendants to produce opinions of counsel (currently set for March 22).

• Deadline for parties to amend pleadings to change allegations (currently set for April 2).

All other deadlines remain in effect. The Court will reset the above deadlines at the next case management conference.

**IT IS SO ORDERED.**

Dated: February 28, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE