IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC. et al.,<br><br>    Plaintiff,<br><br> v.<br><br>BECTON, DICKINSON et al.,<br><br>    Defendant. | No. C04-02123 MJJ<br>No. C04-03327 MJJ<br>No. C04-03732 MJJ<br><br>**ORDER GRANTING ABBOTT'S MOTION FOR EXPEDITED CONSIDERATION, GRANTING ABBOTT'S MOTION FOR CONTINUANCE, AND WITHDRAWING BD/NOVA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

    Before the Court are Plaintiffs' Motions For Continuance (Docket No. 244), and Motion For Expedited Consideration of same (Docket No. 250), seeking to continue the March 6, 2007 hearing for Defendants' Motion For Partial Summary Judgment That U.S. Patent No. 6,143,164 Is Invalid Under 35 U.S.C. § 102. The Court conducted a telephonic conference with the parties on February 20, 2007 regarding Abbott's request for a continuance.

    Consistent with that telephonic conference, the Court **VACATES** the March 6, 2007 hearing date. Defendants' Motion For Partial Summary Judgment That U.S. Patent No. 6,143,164 Is Invalid Under 35 U.S.C. § 102 (Docket No. 238) is hereby **WITHDRAWN**. The parties shall meet and confer to determine an appropriate date for renewal of the motion for partial summary judgment, and shall apprise the Court of that date within twenty (20) days of entry of this order.

**IT IS SO ORDERED.**

Dated: March 1, 2007

                                                         MARTIN J. JENKINS<br>                                                         UNITED STATES DISTRICT JUDGE