UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERASENSE, INC., | ) | |
| Plaintiff(s), | ) | No. C04-2123 MJJ (BZ) |
| v. | ) | |
| BECTON, DICKSON AND CO., | ) | |
| Defendant(s). | ) | |
| THERASENSE, INC. | ) | |
| Plaintiff(s), | ) | No. C04-3732 MJJ (BZ) |
| v. | ) | |
| NOVA BIOMEDICAL CORPORATION, | ) | |
| Defendant(s). | ) | |
| BECTON DICKINSON & CO., | ) | |
| Plaintiff(s), | ) | No. C04-3327 MJJ (BZ) |
| v. | ) | **ORDER** |
| THERASENSE, INC., | ) | |
| Defendant(s). | ) | |

The court continues to receive discovery letters responding to discovery letters that the court has not received. **IT IS THEREFORE ORDERED** that henceforth all letters

1

as required by the Court's Fifth Discovery Order shall be filed electronically in accordance with General Order No. 45.

Dated: June 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\ORDER RE E.FILING DISC.LTRS.wpd

2