UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERASENSE, INC., | ) | |
| Plaintiff(s), | ) | No. C04-2123 MJJ (BZ) |
| v. | ) | |
| BECTON, DICKSON AND CO., | ) | |
| Defendant(s). | ) | |
| THERASENSE, INC. | ) | |
| Plaintiff(s), | ) | No. C04-3732 MJJ (BZ) |
| v. | ) | |
| NOVA BIOMEDICAL CORPORATION, | ) | |
| Defendant(s). | ) | |
| BECTON DICKINSON & CO., | ) | |
| Plaintiff(s), | ) | No. C04-3327 MJJ (BZ) |
| v. | ) | **BRIEFING ORDER** |
| THERASENSE, INC., | ) | |
| Defendant(s). | ) | |

On June 20, 2007, I held a telephonic conference to discuss the source code discovery dispute raised in the June 11, 2007 letter from plaintiff TheraSense. All interested

1

parties were present, represented by counsel.  For the reasons discussed on the record, **IT IS ORDERED** that:

    1.   The parties will attempt to resolve this dispute by way of stipulation or written assurance;

    2.   Failing resolution, TheraSense is granted leave to file a motion to compel discovery by **June 29, 2007**;

    3.   Any opposition will be filed by **July 9, 2007**;

    4.   Any reply will be field by **July 12, 2007**;

    5.   A hearing is scheduled for **August 1, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 20, 2007

                                       Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\BRIEFING.ORDER.wpd