UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THERASENSE, INC. AND ABBOTT LABORATORIES,<br><br>Plaintiff(s),<br>v.<br><br>NOVA BIOMEDICAL CORPORATION AND BECTON DICKINSON AND COMPANY<br><br>Defendant(s). | CASE NO. C04-3732 MJJ<br>C04-3327 MJJ<br>C04-2123 MJJ<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

RECEIVED
07 JUN 29 PM 3:12
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabrielle Ciuffreda, an active member in good standing of the bar of United States District Court the Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

Ropes & Gray
1211 Avenue of the Americas
New York, New York  10036, (212) 596-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Becton Dickinson And Company and Nova Biomedical Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice.* Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: JUL 19 2007

Martin J. Jenkins
~~Bernard Zimmerman~~ Martin J. Jenkins
United States ~~Magistrate~~ District Judge