UNITED STATES DISTRICT COURT

Northern District of California

THERASENSE, INC. AND ABBOTT LABORATORIES,

Plaintiff(s),

v.

NOVA BIOMEDICAL CORPORATION AND BECTON DICKINSON AND COMPANY

Defendant(s).

CASE NO. C04-3732 MJJ
C04-3327 MJJ
C04-2123 MJJ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**FILED**
JUL 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabrielle Ciuffreda ☐, an active member in good standing of the bar of United States District Court the Southern District of New York ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Ropes & Gray
1211 Avenue of the Americas
New York, New York  10036, (212) 596-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Becton Dickinson And Company and Nova Biomedical Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  JUL 1 9 2007

Bernard Zimmerman  Martin J. Jenkins
United States Magistrate Judge
                   District