RECEIVED
07 JUN 29 PM 3: 12
WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

THERASENSE, INC. and ABBOTT LABORATORIES,

Plaintiff(s),

v.

NOVA BIOMEDICAL CORPORATION and BECTON DICKINSON AND COMPANY,

Defendant(s).

CASE NO.  C04-3732 MJJ
C04-3327 MJJ
C04-2123 MJJ

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

FILED
JUL 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Neal K. Dahiya, an active member in good standing of the bar of the United States District Court the Southern District of New York whose business address and telephone number

(particular court to which applicant is admitted)

is

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036  (212) 596-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Becton Dickinson and Company and Nova Biomedical Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/19/2007

~~Bernard Zimmerman~~ Martin J. Jenkins
United States ~~Magistrate~~ District Judge