UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC.<br>And ABBOTT LABORATORIES,<br>          Plaintiff(s),<br>     v.<br>ROCHE DIAGNOSTICS CORP.,<br>ROCHE DIAGNOSTICS<br>OPERATIONS, INC., and BAYER<br>HEALTHCARE LLC,<br>          Defendant(s). | No. C05-3117 MJJ (BZ)<br>Related Cases: 04-2123 MAJ<br>                     04-3327 MAJ<br>                     04-3732 MAJ<br><br>**ORDER SEALING CONFIDENTIAL<br>SETTLEMENT AGREEMENT** |

As stated on the record at today's hearing, August 1, 2007, **IT IS HEREBY ORDERED** that the Confidential Settlement Agreement between Abbott Laboratories and LifeScan Inc. shall be filed **UNDER SEAL**. The Clerk of the Court shall file the Confidential Settlement Agreement between Abbott Laboratories and LifeScan Inc. **UNDER SEAL**.

Dated: August 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\SEALING ORD.SETT.AGMT.wpd

1