BRADFORD J. BADKE (*pro hac vice*)
  jim.badke@ropesgray.com
SONA DE (CSB # 193896)
  sona.de@ropesgray.com
GABRIELLE CIUFFREDA (*pro hac vice*)
  gabrielle.ciuffreda@ropesgray.com
NEAL DAHIYA (*pro hac vice*)
  neal.dahiya@ropesgray.com
SANJEEV MEHTA (*pro hac vice*)
  sanjeev.mehta@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
  mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
  gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone:  (650) 617-4000
Facsimile:  (650) 617-4090

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>        Plaintiffs,<br><br>  v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>        Defendants.<br><br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

1  Having considered Defendants Nova Biomedical Corporation ("Nova") and Becton,
2  Dickinson and Company's ("BD") Administrative Motion for Leave to File Documents Under
3  Seal, and good cause appearing thereof, Defendants' Motion is GRANTED.
4  IT IS HEREBY ORDERED that the following documents shall be filed under seal:
5  (1) BD and Nova's Memorandum of Points and Authorities in Opposition to
6  Plaintiffs' Motion to Strike BD and Nova's July 2, 2007 Amended Answers and Counterclaims;
7  and
8  (2) Declaration of Sona De in Support of Defendants' Opposition to Plaintiffs'
9  Motion to Strike BD and Nova's July 2, 2007 Amended Answers and Counterclaims and
10 Exhibits 5-6 attached thereto.

Dated: 11/01/07   By: 
The Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C04-2123 MJJ; C04-3327 MJJ and C04-3732 MJJ

1