UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>　　　　Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MJJ<br>　　　　　　　　04-3327 MJJ<br>　　　　　　　　04-3732 MJJ<br><br>**ORDER DENYING STAY** |

After considering Abbott's request for a stay and Bayer's Opposition, **IT IS ORDERED** that Abbott's request for a stay is **DENIED** but that the court's Order Compelling Further Interrogatory Answer filed October 26, 2007 is amended nunc pro tunc to require Abbott to answer the interrogatory by November 13, 2007.

Dated: November 5, 2007

_____
　　Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\NUNC PRO TUNC.ORDER.wpd

1