| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*)<br>jim.badke@ropesgray.com<br>JEANNE CURTIS (*pro hac vice*)<br>jeanne.curtis@ropesgray.com<br>SONA DE (CSB # 193896)<br>sona.de@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090 | MARK D. ROWLAND (CSB # 157862)<br>mark.rowland@ropesgray.com<br>GABRIELLE E. HIGGINS (CSB # 163179)<br>gabrielle.higgins@ropesgray.com<br>ROPES & GRAY LLP<br>525 University Place<br>Palo Alto, CA 94301<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090 |

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>Defendants.<br><br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

| | |
|---|---|
| 1 | Having considered Defendants Nova Biomedical Corporation ("Nova") and Becton, Dickinson and Company's ("BD") Administrative Motion for Leave to File Documents Under Seal, and good cause appearing thereof, Defendants' Motion is GRANTED. |

Having considered Defendants Nova Biomedical Corporation ("Nova") and Becton, Dickinson and Company's ("BD") Administrative Motion for Leave to File Documents Under Seal, and good cause appearing thereof, Defendants' Motion is GRANTED.

IT IS HEREBY ORDERED that the following documents shall be filed under seal:

(1) Defendants' Motion For Leave To Amend Answer And Counterclaims; and

(2) Declaration Of Sanjeev Mehta In Support Of Defendants' Motion For Leave To Amend Answer And Counterclaims and Exhibits 4-6 and 8-12 attached thereto.

Dated: 11/16/07          By: _____

The Honorable Martin J. Jenkins
United States District Court Judge



[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C04-2123 MJJ; C04-3327 MJJ and C04-3732 MJJ

1