UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES,<br><br>    Plaintiff(s),<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>    Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MJJ<br>04-3327 MJJ<br>04-3732 MJJ<br><br>**ORDER** |

Bayer is **ORDERED** to file a copy of the entire Amended Response to Interrogatory No. 13 prior to the telephonic conference scheduled for Monday, November 26, 2007.

Dated: November 21, 2007

                                                 Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\BAYER.ROCHE.ORDER.11.21.07 re TEL CONF.wpd

1