UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES, <br><br>　　　　Plaintiff(s), <br><br>　　v. <br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, <br><br>　　　　Defendant(s). | No. C05-3117 MJJ (BZ) <br><br>Related Cases: 04-2123 MJJ <br>　　　　　　　　04-3327 MJJ <br>　　　　　　　　04-3732 MJJ <br><br>**ORDER STRIKING PORTION OF INTERROGATORY ANSWER** |

　　　By the attached letter dated November 16, 2007, Bayer complained about Abbott's amended answer to Interrogatory No. 13 filed in response to my Order dated October 25, 2007. Abbott filed two letter responses, for reasons not clear to the court. Documents 602 and 603. On November 28, 2007, the court held a telephonic hearing. All parties were represented by counsel. The court finds no need for further briefing or argument.

　　　The court further finds that Abbott has not complied with the October 26, 2007 Order in two respects. First, Abbott has still not explained the methods it used to identify the

1

measurement zone.  Since Bayer no longer seems interested in this information, the court deems this portion of the dispute to be moot.

Second, Abbott has still failed to identify precisely where it contends the measurement zone is located in each accused product and in its product.  Abbott argues that it disagrees with Bayer's interpretation of what constitutes a measurement zone.  However, the purpose of the interrogatory is not to resolve which is the correct interpretation but simply to clarify Bayer's contention in advance of trial.  The interrogatory does not ask Abbott to identify the location of the measurement zone using Bayer's interpretation; Abbott is free, and in fact was asked by Bayer, to use whatever interpretation it contends is appropriate.  What Abbott cannot do is imply that the measurement zone may also be located other than where it has testified.

The question remains what is the appropriate remedy.  I see little to be gained by requiring Abbott to amend its answer again.  Instead, I find that the portion of Abbott's Second Amended Answers to Bayer's Second Set of Interrogatories that begins on page 4, Line 16 and continues to page 6, Line 1, is non-responsive and argumentative and I **ORDER** it stricken.

Dated: November 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\ORDER.wpd

2