**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

November 30, 2007

Writer's Direct Contact
415.268.6615
JasonBartlett@mofo.com

By Messenger

Magistrate Judge Bernard Zimmerman
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Abbott Diabetes Care Inc., et al. v. Roche Diagnostics Corp., et al.
    Case No. 05-3117 MJJ

Dear Magistrate Judge Zimmerman:

Defendants are in receipt of the Court's order of yesterday sustaining Defendants' objections to Abbott's response to Bayer's interrogatory regarding the location of the "measurement zone." The Court agreed that "Abbott still has failed to identify precisely where it contends the measurement zone is located" in the accused devices. As a remedy, the Court struck a portion of Abbott's amended interrogatory answer.

Defendants write to request that the Court clarify its ruling by also striking the words "the relevant portion of" from page 3, line 1, and the words "an area that includes" from page 3, line 7. Defendants are concerned that, like the language that the Court has ordered Abbott to strike, this language also renders Abbott's contention regarding the location of the measurement zone imprecise. Abbott could rely on this ambiguous language as an "escape route from its interrogatory answer" in contravention of this Court's order of October 26. Counsel for Abbott represented both in its letter of November 20 and during the telephonic hearing that this language only "refers to the additional area that would be included in the measurement zone under *Defendants'* interpretation . . ." *See* Abbott's Letter of November 20 at 2. As the Court held yesterday, however, any discussion of Abbott's view of Defendants' contentions is unnecessary, nonresponsive and argumentative. Defendants met and conferred with Abbott regarding the additional changes requested in this letter, but the parties were unable to reach an agreement

Defendants thank the Court for its attention in this matter.

Sincerely,

*Jason Bartlett*

Jason R. Bartlett

Dated: 12/6/2007



DENIED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

sf-2430057