# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION, ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC<br><br>Defendants.<br><br>THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | CASE NO. C05-3117 MJJ<br>CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[~~PROPOSED~~] ORDER |

[PROPOSED] ORDER
CASE NO. C05-3117 MJJ

sf-2438979

# [PROPOSED] ORDER

The Supplemental Case Management Order of August 14, 2007, is hereby amended as follows:

| | |
|---|---|
| Hearing date on dispositive motions | January 17, 2008    *n/A* |
| Deadline to complete mediation with private, mutually acceptable mediator | January 31, 2008    *n/A* |
| Deadline to file motions for separate trials and witness lists; deadline for parties to exchange exhibit lists and deposition designations | 5 business days after order on dispositive motions    2/4/2008 *n/A* |
| Deadline to file motions in limine and *Daubert* motions; deadline for parties to exchange counter-deposition designations and proposed jury instructions and form of verdict | ~~7 calendar days later~~    2/11/2008 *n/A* |
| Deadline to file oppositions to motions in limine and *Daubert* motions; oppositions to motions for separate trials; deposition designations, counter-deposition designations and objections to deposition and counter-deposition designations; exhibit lists and objections to exhibits; proposed voir dire questions; proposed jury instructions and form of verdict and objections thereto; joint proposed jury questionnaire; and summaries of witness testimony. | 7 calendar days later (after motions in limine and *Daubert* motions are filed).    2/18/2008 *n/A* |
| Pretrial conference | Two weeks prior to trial ~~(but at least 7 calendar days after the last of the preceding deadlines)~~  2/26/2008 at 3:00 pm |
| Trial | The previously set trial date of February 25, 2008, is VACATED.  The ~~trial~~ date or dates will be set in conjunction with the ruling on motions to bifurcate or ~~for separate~~ trial at the Court's convenience.  3/3/2008 |

Subject to Court's ruling on bifurcation or 2 separate trials. *mjj*

Dated: 12/26/2007          By: _____
                              Honorable Martin J. Jenkins
                              United States District Judge