| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*)<br>  jim.badke@ropesgray.com<br>JEANNE CURTIS (*pro hac vice*)<br>  jeanne.curtis@ropesgray.com<br>SONA DE (CSB # 193896)<br>  sona.de@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone:  (212) 596-9000<br>Facsimile:   (212) 596-9090 | MARK D. ROWLAND (CSB # 157862)<br>  mark.rowland@ropesgray.com<br>GABRIELLE E. HIGGINS (CSB # 163179)<br>  gabrielle.higgins@ropesgray.com<br>ROPES & GRAY LLP<br>525 University Place<br>Palo Alto, CA 94301<br>Telephone:  (650) 617-4000<br>Facsimile:   (650) 617-4090 |

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>             Plaintiffs,<br><br>     v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>             Defendants.<br><br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS BECTON, DICKINSON AND NOVA BIOMEDICAL'S REQUEST TO TRANSPORT TO THE COURTROOM AUDIO-VISUAL EQUIPMENT FOR USE AT THE COURT'S JANUARY 17, 2008 SUMMARY JUDGMENT HEARING |

1  Defendants Becton, Dickinson and Company ("BD") and Nova Biomedical
2  Corporation's ("Nova") have filed with this Court graphics and videos in connection with their
3  pending motions for summary judgment that are set to be heard by the Court on January 17,
4  2008.
5  Accordingly, IT IS HEREBY ORDERED that:
6  (1)   BD and Nova, through their Ropes & Gray LLP counsel, be allowed to transport
7  certain audio-visual equipment, identified below, into Courtroom 11 of Honorable Judge Martin
8  Jenkins, 19th Floor of the Federal Building at 450 Golden Gate Avenue, San Francisco,
9  California, to set up such equipment, and to use it during the Court's scheduled January 17,
10 2008 summary judgment hearing.
11     (a) One (1) laptop computer;
12     (b) One (1) projector, with required connections to laptop;
13     (c) Laser pointers; and
14     (d) Related cables and power strips to the items listed above.

Dated: 1/14/2008         By: _____
                              The Honorable Martin J. Jenkins
                              United States District Court Judge