IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | Case Nos: |
| Plaintiff, | C04-02123 MJJ<br>C04-03327 MJJ<br>C04-03732 MJJ |
| v. | C05-03117 MJJ |
| BECTON, DICKINSON AND COMPANY, | **ORDER VACATING DATES** |
| Defendant. | |

YOU ARE NOTIFIED THAT the Pretrial deadlines, Pretrial and Trial dates scheduled before The Honorable Martin J. Jenkins, are **vacated**. New deadlines and hearing dates will be issued upon reassignment of a new judge.

**IT IS SO ORDERED.**

Dated: 1/29/2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE