ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077
Email:  rohit.singla@mto.com
Email:  jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email:  maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
Email:  david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | CASE NO. C05-3117 MJJ<br><br>**ABBOTT'S ADMINISTRATIVE MOTION AND [███████] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| AND<br><br>THERASENSE, INC. and ABBOTT LABORATORIES,<br><br>      Plaintiffs,<br><br>      vs.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>      Defendants. | CASE NO.  C04-2123 MJJ<br>CASE NO.  C04-3327 MJJ<br>CASE NO.  C04-3732 MJJ |

TO THE CLERK OF COURT:

    Pursuant to General Order No. 58, Abbott hereby requests permission to bring electronic equipment into Courtroom 11 on the 19th floor for use at the summary judgment hearing to be held in this matter on February 22, 2008.

DATED:  February 20, 2008

BAKER BOTTS, LLP

By: _____
JAMES W. CANNON, JR. (pro hac vice)

SHANNON H. HUTCHESON (*pro hac vice*)
MARIA WYCKOFF BOYCE (*pro hac vice*)
DAVID G. WILLE (*pro hac vice*)

MUNGER, TOLLES & OLSON LLP

ROHIT SINGLA
JASON RANTANEN

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and
ABBOTT LABORATORIES

## ORDER

Equipment for the summary judgment hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers and supplies) may be brought into Courtroom 11 on the 19th floor by Baker Botts, attorneys for Plaintiffs, and Plaintiffs' vendor on February 22, 2008.

Signed this  21st  day of  February , 2008.

*/s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Court Judge