IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | No. C 04-03327 WHA<br>No. C 04-03732 WHA |
| v. | No. C 05-03117 WHA |
| BECTON, DICKINSON AND COMPANY, | **REQUEST FOR INFORMATION** |
| Defendant. | |

Before the Friday conference, counsel are requested to review the undersigned's guidelines for trial and final pretrial conference available on this district's website at http://www.cand.uscourts.gov/. Plaintiff is also requested to submit by **APRIL 10, 2008, AT 5PM** a one- to two- page chart arranged by accused product (and defendant) showing all claims asserted and still viable after the ruling on the motion for summary judgment as well as those claims eliminated by the ruling on the motion for summary judgment. Also, list separately all claims alleged to be invalid (and by what defendant) and the extent to which any inequitable misconduct defenses are raised.

**IT IS SO ORDERED.**

Dated: April 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE