IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>  Defendant.<br>                                                                   / | No. C 04-02123 WHA<br>No. C 04-03327 WHA<br>No. C 04-03732 WHA<br>No. C 05-03117 WHA<br><br>**FURTHER NOTICE RE CASE MANAGEMENT CONFERENCE** |

   The Court has in mind a trial date of **MAY 26, 2008**.  Please check with all experts and witnesses re availability and reasons for unavailability.

   **IT IS SO ORDERED.**

Dated:  April 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE