**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

    Plaintiff,

v.

BECTON, DICKINSON AND COMPANY,

    Defendant.
_____/

BECTON DICKINSON & COMPANY
AND ABBOTT LABORATORIES,

    Plaintiffs,

v.

THERASENSE, INC.,

    Defendant.
_____/

THERASENSE, INC., AND ABBOTT
LABORATORIES,

    Plaintiffs,

v.

NOVA BIOMEDICAL CORPORATION,

    Defendant.
_____/

No. C 04-02123 WHA
No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**CONSOLIDATION ORDER, TRIAL SCHEDULING ORDER AND ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION/SETTLEMENT**

1  ABBOTT DIABETES CARE, INC., AND
2  ABBOTT LABORATORIES,
3              Plaintiffs,
4     v.
5  ROCHE DIAGNOSTICS CORPORATION
   AND BAYER HEALTHCARE, LLC,
6              Defendants.
7                                              /

8    These cases were previously set for trial three times before Judge Jenkins but the last
9 date was recently vacated in light of his impending departure from the federal bench to join the
10 state appellate court. All of them have now been re-assigned to the undersigned. The cases
11 should be ready for trial after numerous summary judgment motions and decisions thereon by
12 Judge Jenkins.

13    The above-entitled civil actions are hereby provisionally **CONSOLIDATED** for trial
14 subject to bifurcation motion practice to be heard and decided at the final pretrial conference.
15 The bifurcation motions shall be briefed on the schedule below. Trial is set for **7:30 A.M. ON**
16 **TUESDAY, MAY 27, 2008**. The final pretrial conference is set for **8:00 A.M. ON WEDNESDAY,**
17 **MAY 21, 2008**. All parties and counsel must be prepared to proceed as scheduled and should
18 not await the outcome of motion practice to prepare for trial.

19    By **APRIL 21, 2008, AT NOON**, each accused infringer may file up to three
20 motions *in limine*, each limited to ten pages (regular font) with the minimum declarations and
21 exhibits needed for a ruling, each limited to one matter (*e.g.*, challenging an expert's
22 methodology for a certain finding). By **MAY 5, AT NOON**, the other side must respond,
23 each memo limited to ten pages with the minimum declarations and exhibits needed for a ruling.
24 Replies are not needed but if filed must be very short with no further evidentiary material absent
25 exceedingly good cause and will be due **MAY 9, AT NOON**. Therasense-Abbott may file up to
26 six motions *in limine*, divided as it wishes, among the various accused infringers, all to be
27 briefed on the same schedule as above. These will all be considered at the final pretrial
28 conference. Please tab all exhibits. This is without prejudice to other motions *in limine* that can

2

1  be heard as the trial progresses, so the foregoing motions should be directed only to those issues
2  needing a ruling *before* trial begins. However, in the final pretrial statement, please briefly
3  describe (three to four lines) each other motion *in limine* counsel would like to present.
4  This also is without prejudice to raising issues as the trial progresses.

5  Dr. Hill may be deposed on the conditions set at the hearing. All other witnesses seem
6  to have fixable schedule problems.

7  Except to the extent modified above for motions *in limine*, please follow the
8  undersigned's "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases,"
9  available on the district court website. All exhibits and other designations must be made timely
10  for the May 21 conference even as to matters that will trail.

11  Bayer, Roche and BD/Nova may file the summary judgment motions specifically
12  described in the April 10 filing, to be briefed as follows:

13      Opening:    Noon, April 21, 2008
14      Opposition:    Noon, May 5, 2008
15      Reply:    Noon, May 9, 2008
16      **HEARING:**    **8:00 A.M., MAY 21, 2008**

17  Please honor the fifteen-page limits promised. If the motions are not as straightforward and
18  short as promised, they will likely be denied. Do not simply make a beefed up version of the
19  theories already presented to Judge Jenkins. Plaintiff may bring its two motions for
20  reconsideration on the same schedule. If plaintiff is going to narrow the claims and withdraw
21  claims, please do so in writing by **MAY 5, 2008**.

22  The BD/Nova portion of the case is **REFERRED** to **MAGISTRATE JUDGE ELIZABETH**
23  **LAPORTE** for **MEDIATION/SETTLEMENT**.

25  **IT IS SO ORDERED.**

27  Dated: April 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3