IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **REQUEST FOR TUTORIAL** |

The Court requests a tutorial be held on **APRIL 23, 2008, AT 9:00 AM**. Please advise if this is a convenient date for the parties.

Dated: April 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE