IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

    Plaintiff,

v.

BECTON, DICKINSON AND COMPANY,

    Defendant.
                                 /

AND CONSOLIDATED CASES.
                                 /

No. C 04-02123 WHA

Consolidated with

No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**SUGGESTION FOR JOINT JURY TUTORIAL**

      The Court suggests that all parties agree on a thirty minute tutorial for the jury in video form with audio that will not count against anyone's time limits. It should cover the background technology, the main claim in suit, and the main issues to be decided by the jury. Leave out lesser issues even if they are not unimportant. This would be shown before any opening statement. This must be agreed on fully. It should be done, if at all, in a way that will be consistent with all variations of bifurcation and sequencing of issues. The cost would be split evenly among the parties. If anyone does not want it, fine — this is only a suggestion. Individually prepared videos, if allowed, will count against that party's time limit.

      At all events the Court plans to show the FJC patent case video to the jury — this will not count against anyone's time limit.

Dated: April 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE