ROHIT K. SINGLA (SBN 213057)
JASON RANTANEN (SBN 229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:   (415) 512-4040
Facsimile:   (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile: (713) 229-2722
Email: maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6595
Facsimile:  (214) 661-4595
Email: david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

BRADFORD J. BADKE (*pro hac vice*)
 jim.badke@ropesgray.com
JEANNE CURTIS (*pro hac vice*)
 jeanne.curtis@ropesgray.com
SONA DE (CSB # 193896)
 sona.de@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
 mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
 gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

**JOINT STIPULATION TO EXTEND DATES FOR SETTLEMENT CONFERENCE**
CASE NOS. C04-2123 WHA; C04-3327 WHA and C04-3732 WHA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | CASE NO. C04-2123 WHA (EDL)<br>CASE NO. C04-3327 WHA (EDL)<br>CASE NO. C04-3732 WHA (EDL)<br><br>**JOINT STIPULATION TO EXTEND DATES FOR SETTLEMENT CONFERENCE** |

In an April 14, 2008 Order, Magistrate Judge Laporte set April 23, 2008 as the date for a Settlement Conference between Plaintiffs TheraSense, Inc. and Abbott Laboratories (collectively, "Plaintiffs") and Defendants Nova Biomedical Corporation and Becton, Dickinson and Company (collectively, "Defendants"). (Case No. C04-2123, Docket Entry No. 555.) In that same Order, Magistrate Judge Laporte also required the parties to file Confidential Settlement Conference Statements no later than noon, April 17, 2008. *Id.* The parties in the above-captioned cases have conferred in good faith and agreed to extend the date for the Settlement Conference until May 9, 2008, starting at 9:00 a.m. and continuing until 11:30 a.m. The parties have also agreed to extend the date for submitting the Confidential Settlement Conference Statements to noon, May 2, 2008. The parties respectfully request that the Court amend its previous order to allow the parties to follow their agreed-upon schedule.

The parties (and their parent, subsidiary and affiliate companies) further stipulate that any discussions in the context of the above referenced mediation and any mediation memos or materials that the parties exchange are governed by Rule 408(a) of the Federal Rules of Evidence.

| | |
|---|---|
| DATED: April 17, 2008 | ROPES & GRAY LLP<br><br>*Jim Badke*<br>Bradford J. Badke (*Pro Hac Vice*) w/permission<br><br>ATTORNEYS FOR DEFENDANTS<br>BECTON, DICKINSON AND COMPANY<br>AND NOVA BIOMEDICAL<br>CORPORATION |
| DATED: April 17, 2008 | BAKER BOTTS L.L.P.<br><br>*Jim Cannon*<br>James W. Cannon, Jr. w/permission<br><br>ATTORNEYS FOR PLAINTIFFS ABBOTT<br>DIABETES CARE INC. AND ABBOTT<br>LABORATORIES |

SO ORDERED

Dated: April 17, 2008

By: _____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA