ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:    (415) 512-4000
Facsimile:      (415) 512-4077
Email:  rohit.singla@mto.com
Email:  jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile: (512) 322-8353
Email:  jim.cannon@bakerbotts.com
Email:  shannon.hutcheson@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
Email:  maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
Email:  david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC,<br><br>Defendants | **CASE NOS.  C05-3117, C04-2123, C04-3327, AND  C04-3732 WHA**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE UNRELIABLE EXPERT TESTIMONY FROM DEFENDANTS' PATENT LAW EXPERTS, DECLARATION OF SHANNON H. HUTCHESON, EXHIBITS A-D AND F-H ATTACHED THERETO** |

1    AND

2

3    THERASENSE, INC., and ABBOTT
     LABORATORIES,

4

5                    Plaintiffs,

6         vs.

7    NOVA BIOMEDICAL CORP.,

8                    Defendant.

9

10   AND RELATED CASES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ABBOTT DIABETES CARE INC.'S AND ABBOTT LABORATORIES'
ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott") hereby request that the following materials be filed under seal:

Plaintiff's Motion in Limine to Exclude Unreliable Expert Testimony from Defendants' Patent Law Experts, the Declaration of Shannon Hutcheson, and Exhibits A-D and F-H attached thereto.

Pursuant to the Protective Orders granted by this Court, documents containing confidential information of the filing party may be filed under seal. Federal Rule of Civil Procedure 26(c)(7) authorizes a court to enter "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including, to insure that, for good cause shown, "confidential research, development, or commercial information not revealed or be revealed only in a designated way." F.R.C.P. 26(c). Accordingly, this Court may order that specified documents be filed under seal. *Id.*

Abbott seeks leave to file the aforementioned under seal because they contain confidential deposition testimony of defendants' experts, Thomas Smegal and Stephen Kunin, including their expert reports. Further, the exhibits also include the confidential deposition testimony of Gordon Sanghera and Lawrence Pope.

1    DATED:  April 21, 2008                        BAKER BOTTS, LLP

2

3                                                  By: _____
                                                       JAMES W. CANNON, JR. (pro hac vice)
4

5                                                  SHANNON H. HUTCHESON (*pro hac vice*)
                                                   MARIA WYCKOFF BOYCE (*pro hac vice*)
6                                                  DAVID G. WILLE (*pro hac vice*)

7                                                  MUNGER, TOLLES & OLSON LLP

8                                                  ROHIT SINGLA
                                                   JASON RANTANEN
9

10                                                 Attorneys for Plaintiffs
                                                   ABBOTT DIABETES CARE INC. and
11                                                 ABBOTT LABORATORIES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following counsel of record via electronic mail:

| *Counsel for Roche Diagnostics Corporation* | *Counsel for Bayer Healthcare L.L.C.* |
|---|---|
| Donald E. Knebel<br>Larry A. Mackey<br>Lynn C. Tyler<br>Paul B. Hunt<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204<br>*donald.knebel@btlaw.com* | Wesley E. Overson<br>Jason Bartlett<br>Morrison Foerster<br>425 Market St.<br>San Francisco, CA  94105<br>*woverson@mofo.com*<br>*jason.bartlett@mofo.com* |
| Daniel P. Albers<br>Jonathon Froemel<br>Barnes & Thornburg LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>*daniel.albers@btlaw.com*<br>*jonathan.froemel@btlaw.com* | *Counsel for BD and Nova*<br><br>Bradford J. Badke<br>Sona De<br>Ropes & Gray LLP<br>1251 Avenue of the Americas<br>New York, NY  10020<br>*jim.badke@ropesgray.com*<br>*sona.de@ropesgray.com* |
| Ashok Ramani<br>Keker & Van Nest, LLP<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>*aramani@kvn.com* | |

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008 in Austin, Texas.

_____
JAMES W. CANNON, JR.

- 5 -

MOTION FOR LEAVE TO FILE UNDER SEAL
CASE NOS.  C05-3117, C04-2123, C04-3327, AND
C04-3732 WHA