IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

    Plaintiff,

  v.

BECTON, DICKINSON AND COMPANY,

    Defendant.
                               /

AND CONSOLIDATED CASES.
                               /

No. C 04-02123 WHA

Consolidated with

No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**ORDER RE SETTLEMENTS IN PRINCIPLE**

      The parties are advised that any settlements in principle or memorandum of understandings will not excuse preparation for trial. Nothing short of a dismissal will do so.

Dated: April 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE