RACHEL KREVANS (CA SBN 116421)
WESLEY E. OVERSON (CA SBN 154737)
JASON R. BARTLETT (CA SBN 214530)
MARCELO O. GUERRA (CA SBN 232431)
RKrevans@mofo.com
WOverson@mofo.com
JasonBartlett@mofo.com
Mguerra@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH P. GEORGE (*Pro Hac Vice*)
JOSEPH M. CASINO (*Pro Hac Vice*)
kgeorge@arelaw.com
jcasino@arelaw.com
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue, 21st Floor
New York, NY 10016
Telephone: 212.336.8000
Facsimile: 212.336.8001

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No.   C05-03117 WHA<br><br>**BAYER'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TUTORIAL** |

**BAYER'S ADMIN. MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT**
**CASE NO. C05-03117 WHA**
sf-2499992

TO THE CLERK OF COURT:

Pursuant to General Order No. 58, Defendants hereby request permission to bring electronic equipment into Courtroom 9 on the 19th floor on April 23, 2008 for use at the tutorial to be held in this matter on that day.

Dated: April 15, 2008

RACHEL KREVANS
WESLEY E. OVERSON
JASON R. BARTLETT
MARCELO GUERRA
MORRISON & FOERSTER LLP

By:   /s/ Jason R. Bartlett
Jason R. Bartlett

Attorneys for Defendant
BAYER HEALTHCARE LLC

## ORDER

Equipment for the summary judgment hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, eight to ten boxes of documents and supplies) may be brought into Courtroom 9 on the 19th floor by Morrison & Foerster, counsel for Defendants, and Morrison & Foerster's vendor Aquipt beginning on April 23, 2008.

**IT IS SO ORDERED.**

Dated: April 21, 2008      By:  _____

IT IS SO ORDERED
Judge William Alsup

United States District Judge

BAYER'S ADMIN. MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT
CASE NO. C05-03117 MJJ
sf-2499992

1