IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE DOCUMENTS SUBMITTED UNDER SEAL** |

Each side has until **APRIL 25, 2008, AT NOON** to show why the documents it has designated as confidential should be filed under seal. The parties are reminded of the high standard required to seal documents. Under Federal Rule of Civil Procedure 26(c), the Court may seal documents used in non-dispositive motions (*i.e.*, motions in limine) upon a showing of "good cause" by the party seeking to seal the documents. The party asserting good cause "bears the burden, for each particular document it seeks to protect, of showing that specific prejudice or harm will result if no protective order is granted." *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003).

In *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that *more* than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. Otherwise, the Ninth Circuit held, public access to the work of the

courts will be unduly compromised. Therefore, no request for a sealing order will be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a "compelling reason," a substantially higher standard than "good cause." Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify. *If the courtroom would not be closed for the information, nor should any summary judgment proceedings, which are, in effect, a substitute for trial.*

       The Court will strictly apply these standards to all documents submitted under seal by the parties.

Dated: April 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE