IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE MOTIONS TO SEAL** |

Good cause shown, the motions to seal Exhibits A and C to the declaration of Shannon Hutchenson in support of plaintiff's motion in limine to preclude discussion or evidence regarding settlement negotiations or agreement (Dkt. 563) and Exhibit 4 to the declaration of Rachel Krevans in support of Bayer's joinder in Roche's motion to sever (Dkt. 619) are **GRANTED**. Good cause not shown, all other documents will not be sealed and should be resubmitted.

Dated: April 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE