IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA <br> No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE PROFFER FOR INEQUITABLE CONDUCT** |

In connection with defendants' joint response to plaintiffs' motion to bifurcate, defendants are requested to submit by **MAY 1, 2008, AT NOON** a filing with an accurate proffer of evidence relating to the inequitable conduct defense or advising the court where such proffer can be precisely located in the current record. Also, please advise the Court precisely where in the record plaintiffs have responded to the allegations.

Dated: April 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE