IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

    Plaintiff,

v.

BECTON, DICKINSON AND COMPANY,

    Defendant.
    /
AND CONSOLIDATED CASES.
    /

No. C 04-02123 WHA

Consolidated with

No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**ORDER RE FURTHER MOTIONS TO SEAL**

    The Court has been inundated with the high number of motions to seal filed by all parties. As such, counsel is advised to check with the party who has designated a document as confidential under the protective order whether that party still maintains its confidentiality for sealing purposes. Once a document is submitted under seal, the party who designated such document as confidential has two court days to show why the document should be filed under seal using the appropriate standard.

Dated: May 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE