ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
*Email:  rohit.singla@mto.com*
*Email:  jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | **CASE NOs.  C04-2123 WHA; C04-3327 WHA; C04-3732 WHA; C05-3117 WHA**<br><br>**DECLARATION OF SHANNON H. HUTCHESON IN SUPPORT OF ABBOTT'S OPPOSITION TO DEFENDANTS NOVA AND BD'S MOTION IN LIMINE NUMBER 1 TO LIMIT DR. JAY M. JOHNSON'S TESTIMONY ON INFRINGEMENT OF U.S. PAT. NO. 5,820,551 AND ROCHE'S JOINDER THERETO**<br><br>**CONTAINS CONFIDENTIAL INFORMATION: FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |

|  |  |
|---|---|
| AND<br><br>THERASENSE, INC. and ABBOTT LABORATORIES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>    Defendants. | CASE NO.  C04-2123 WHA<br>CASE NO.  C04-3327 WHA<br>CASE NO.  C04-3732 WHA |

I, Shannon Hutcheson, declare as follows:

1. I am an attorney with the law firm of Baker Botts, L.L.P., counsel for Plaintiffs, Abbott Diabetes Care, Inc. and Abbott Laboratories (collectively "Abbott"), in this case.

2. I make this declaration based on my personal knowledge and could testify competently to the facts stated herein. I make this declaration in support of Plaintiffs' Opposition of Bayer's Motion for Summary Judgment of Invalidity of the '551 Patent and Roche's Joinder Thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the expert report of Dr. Jay N. Johnson dated September 12, 2007, Exhibit 5 thereto, and excerpts of Exhibit 3 thereto.

4. Attached hereto as Exhibit B is a true and correct copy of Exhibit 1 of Abbott's Final Infringement Contentions for Defendants BD and Nova dated May 29, 2007.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts from the depostion of C. C. Young dated January 26, 2007.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Anthony Turner dated October 24 and 25, 2007.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of George Wilson dated October 16, 2007.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition of Jay M. Johnson dated October 22 and 23, 2007.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this 4th day of May, 2008.

_____
Shannon H. Hutcheson

AUS01:506570.1

3

DECLARATION OF SHANNON H. HUTCHESON IN SUPPORT OF OPPOSITION NOVA'S AND BD's MOTION IN LIMINE NO: 1