ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
*Email:  rohit.singla@mto.com*
*Email:  jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY<br><br>Defendants. | **CASE NO.  C04-2123 WHA**<br>**CASE NO.  C04-3327 WHA**<br>**CASE NO.  C04-3732 WHA**<br><br>**DECLARATION OF SHANNON H. HUTCHESON IN SUPPORT OF PLAINTIFF'S RESPONSE TO BD/NOVA'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE OF PRIOR INVENTION OF '890 PATENT** |

I, Shannon Hutcheson, declare as follows:

1.  I am an attorney with the law firm of Baker Botts LLP, counsel for Plaintiffs, Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott"), in this case.

2.  I make this declaration based on personal knowledge and could testify competently to the facts stated herein. I make this declaration in support of Plaintiff's Response to BD-Nova's Motion *In Limine* No. 3 to Exclude Evidence of Prior Invention of '890 Patent.

3.  Attached hereto as Exhibit A are true and correct excerpts from Validity Expert Report of Dr. William Heineman.

4.  Attached hereto as Exhibit B are true and correct excerpts from the Precision Q.I.D Blood Glucose Test Strip 510(k) Notification.

5.  Attached hereto as Exhibit C are true and correct excerpts from the deposition of Gordon S. Sanghera, Ph.D., dated August 23, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed this 5th day of May, 2008.

_____
Shannon H. Hutcheson