IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE REPLY BRIEFS** |

The parties are reminded that all reply briefs for the pending motions for summary judgement and motions *in limine* should contain no new evidentiary material beyond what was presented in the opening and opposition briefs. Strictly stay within the page limits for the briefs. Again, no new evidentiary material.

Dated: May 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE