IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

    Plaintiff,

  v.

BECTON, DICKINSON AND COMPANY,

    Defendant.
                               /

AND CONSOLIDATED CASES.
                               /

No. C 04-02123 WHA

Consolidated with

No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**ORDER REQUESTING RESPONSE**

Defendants are requested to provide a short list by **MAY 13, 2008, AT NOON** briefly summarizing each invalidity contention that is still viable with respect to each claim in suit which defendants intend to assert at trial.

Abbott and BD/Nova are each requested to submit by **MAY 13, 2008, AT NOON** a short brief (no longer than 3 pages with no attachments or exhibits) responding to the following questions with respect to the '890 patent: (1) When did Abbott first amend its Rule 3-2(b) disclosure to assert an earlier invention date? (2) What specific documents did Abbott identify in the disclosure (and when were they listed)? (3) How was Rule 3-2(b) dealt with by Judge Jenkins leading up to the order granting BD/Nova's motion to amend final invalidity contentions (Dkt. 533)? (4) Did any defendant object to the late amendment by Abbott? If so, how was it resolved?

Dated: May 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE