IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE TRIAL EXHIBITS** |

    The Court has been informed that a paralegal contacted the courtroom deputy clerk and notified her that the parties planned to have up to 2000 trial exhibits. This is completely contrary to the representations made by both sides of how long the trial will take. In the Court's experience, even in a patent case, no more than thirty documents are important. Each defendant may designate up to 120 exhibits and plaintiffs may designate up to 200 (total). Thereafter, for good cause a party may augment the exhibit list with advance Court approval. Designate only documents that are likely to be used. Stick to these limits. Accordingly, there is no need for counsel to photocopy on both sides of the pages. This issue will be further discussed at the final pretrial conference.

Dated: May 12, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE