**United States District Court**
For the Northern District of California

1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5

6                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    THERASENSE, INC.,

9              Plaintiff,                          No. C 04-02123 WHA

10      v.                                         Consolidated with

11   BECTON, DICKINSON AND COMPANY,                No. C 04-03327 WHA
                                                   No. C 04-03732 WHA
12             Defendant.                          No. C 05-03117 WHA
                                       /
13

14   AND CONSOLIDATED CASES.                       **ORDER RE MOTIONS FOR**
                                       /           **WHICH ORAL ARGUMENT**
15                                                 **WILL BE ALLOWED**

16       Oral argument will be allowed on the following motions at the final pretrial conference:

17          •     Bayer Motion in Limine No. 1 (Johnson Reliance on Test)
            •     Bayer Motion in Limine No. 3 (Reference Label)
18          •     Roche Motion in Limine No. 2 (Standing)
            •     BD/Nova Motion in Limine No. 1 (Johnson and the BD Test Strips)
19          •     BD/Nova Motion in Limine No. 2 (510(k) and Clinical Use re '890
                  Patent)
20          •     BD/Nova Motion in Limine No. 3 (To Exclude Prior Invention '890
                  Patent)
21          •     Plaintiffs' Unnumbered Motion in Limine To Preclude Discussion or
                  Evidence Regarding Negotiations and Agreements
22          •     BD/Nova Motion for Summary Judgment ('890 Patent Invalid Due to
                  Prior Public Use)
23          •     Pending motions to sever

24   Argument time may be limited so please be prepared to make the best, brief, points.

25       **IT IS SO ORDERED.**

26   Dated: May 12, 2008.
                                                   _____
27                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
28