IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| | No. C 04-03732 WHA |
| Defendant. | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE MOTIONS FOR WHICH ORAL ARGUMENT WILL BE ALLOWED** |

Oral argument will be allowed on the following motions at the final pretrial conference:

- Bayer Motion in Limine No. 1 (Johnson Reliance on Test)
- Bayer Motion in Limine No. 3 (Reference Label)
- Roche Motion in Limine No. 2 (Standing)
- BD/Nova Motion in Limine No. 1 (Johnson and the BD Test Strips)
- BD/Nova Motion in Limine No. 2 (510(k) and Clinical Use re '890 Patent)
- BD/Nova Motion in Limine No. 3 (To Exclude Prior Invention '890 Patent)
- Plaintiffs' Unnumbered Motion in Limine To Preclude Discussion or Evidence Regarding Negotiations and Agreements
- BD/Nova Motion for Summary Judgment ('890 Patent Invalid Due to Prior Public Use)
- Pending motions to sever

Argument time may be limited so please be prepared to make the best, brief, points.

**IT IS SO ORDERED.**

Dated: May 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE