IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE PENDING MOTIONS TO SEAL** |

Good cause shown, the motion to seal Exhibit H to the declaration of Shannon H. Hutchenson in support of plaintiffs' response to Bayer's motion in limine No. 1 and the motion to seal Exhibit N to the declaration of Shannon H. Hutchenson in support of plaintiffs' response to Roche's motion to sever are **GRANTED**. This does not mean, however, that the courtroom will be sealed if these documents are presented as evidence at trial. It will not. Good cause not shown, all other documents will not be sealed and should be resubmitted, including Exhibit C to the declaration of Shannon Hutchenson in support of plaintitffs' response to Roche's motion in limine No. 2. The Lifescan agreement is quoted extensively in the Court's omnibus order and is too critical a document to be filed under seal.

Dated: May 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE