1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,

        Plaintiff,

  v.

BECTON, DICKINSON AND COMPANY,

        Defendant.
_____/

AND CONSOLIDATED CASES.
_____/

No. C 04-02123 WHA

Consolidated with

No. C 04-03327 WHA
No. C 04-03732 WHA
No. C 05-03117 WHA

**ORDER RE LAWRENCE POPE**

Abbott has not supplied good cause to renege on its counsel's representation that Abbott would not call Mr. Pope as a witness at trial. Abbott was on clear notice of the issues at the deposition, contrary to its assertion now. Also, Abbott claims he would testify only as to matters covered without objection in the deposition. If so, the excerpts can be read in by Abbott as cross designation subject to any objection in the normal way. The objection to adding Mr. Pope as a live witness by Abbott is sustained.

Dated: May 23, 2008.

                                                       _____
                                           WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE