IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **ORDER RE LAWRENCE POPE** |

With respect to the issue of Lawrence Pope, defendants should be prepared to demonstrate on Friday morning how they were prejudiced at the deposition as a result of the representations that Pope would not be at trial. Please show specific areas where defendants were precluded from obtaining answers to questions and how these areas relate to plaintiff's offer of proof.

Dated: May 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE