| | |
|---|---|
| ROHIT SINGLA (#213057) | MARIA WYCKOFF BOYCE (*pro hac vice*) |
| JASON RANTANEN (#229404) | BAKER BOTTS, LLP |
| MUNGER, TOLLES & OLSON LLP | 910 Louisiana |
| 560 Mission Street | Houston, Texas 77002 |
| 27th Floor | Telephone: (713) 229-1922 |
| San Francisco, CA 94105 | Facsimile: (713) 229-2722 |
| Telephone: (415) 512-4000 | Email: maria.boyce@bakerbotts.com |
| Facsimile: (415) 512-4007 | |
| Email: rohit.singla@mto.com | DAVID G. WILLE (*pro hac vice*) |
| Email: jasonrantanen@mto.com | BAKER BOTTS, LLP |
| | 2001 Ross Avenue |
| JAMES W. CANNON, JR. (*pro hac vice*) | Dallas, Texas 75201 |
| SHANNON H. HUTCHESON (*pro hac vice*) | Telephone: (214) 953-6595 |
| BAKER BOTTS, LLP | Facsimile: (214) 661-4595 |
| 98 San Jacinto Boulevard | Email: david.wille@bakerbotts.com |
| Suite 1500 | |
| Austin, Texas 78701 | |
| Telephone: (512) 322-2653) | |
| Facsimile: (512) 322-8353 | |
| Email: jim.cannon@bakerbotts.com | |
| Email: shannon.hutcheson@bakerbotts.com | |

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | **CASE NO. C05-3117 WHA** |
| Plaintiffs, | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ADMIT EXCERPTS FROM THE DEPOSITION OF JAMES MCCANN |
| vs. | |
| ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC | |
| Defendants | |
| | |
| AND | THERASENSE, INC., and ABBOTT |

| | |
|---|---|
| 1   LABORATORIES | **CASE NO. C04-2123 WHA** |
| | **CASE NO. C04-3327 WHA** |
| 2            Plaintiffs, | **CASE NO. C04-3732 WHA** |
| 3       vs. | |
| 4   NOVA BIOMEDICAL CORP., | |
| 5            Defendant. | |
| 6   AND RELATED CASES | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ADMIT EXCERPTS FROM THE DEPOSITION OF JAMES MCCANN

The Court has considered Plaintiffs' and Defendant Bayer Healthcare LLC's Unopposed Motion to Admit Excerpts from Deposition of James McCann and finds that the Motion should be granted.

Accordingly, IT IS HEREBY ORDERED that Motion to Admit Excerpts from Deposition of James McCann is granted.

Signed this _3rd_ day of _____June_____, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
The Honorable William H. Alsup
United States District Court Judge