IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **NOTICE OF '890 TRIAL** |

The trial on the '890 patent shall begin on July 14, 2008, at 7:30AM. This is on the assumption that plaintiff's expert will have recovered. If this is still an issue, please submit a sworn declaration by June 30 at Noon. Court will be in session the weeks of the July 14 to July 21 and, if needed, the week of August 4 but not the week of July 28. There will be no bifurcation. All issues shall be tried to a jury.

Dated: June 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE