IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | |
| Plaintiff, | No. C 04-02123 WHA |
| v. | Consolidated with |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03327 WHA |
| Defendant. | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| AND CONSOLIDATED CASES. | **REQUEST FOR INFORMATION** |

     A telephone conference will be held today, **JUNE 30, 2008, AT 10:30AM**. Ropes and Gray shall advise on whether Prof. Jerry Hausman would be available to testify on August 4 or August 5. Everyone should be mindful that the Court specifically requested that counsel make both July and August available in case they were needed. The Court is disappointed that defendant is relying on an expert with so many conflicting interests.

Dated: June 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE