ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077
*Email:  rohit.singla@mto.com*
*Email:  jason.rantanen@mto.com*

JAMES W. CANNON, JR. (*pro hac vice*)
SHANNON H. HUTCHESON (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile:  (512) 322-8353
*Email:  jim.cannon@bakerbotts.com*
*Email:  shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas  77002
Telephone: (713) 229-1922
Facsimile:  (713) 229-2722
*Email:  maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 953-6595
Facsimile:  (214) 661-4595
*Email:  david.wille@bakerbotts.com*

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC<br><br>Defendants. | **CASE NO.  C05-3117 WHA**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CORRECT THE PORTIONS OF THE ADMITTED DEPOSITION TRANSCRIPT OF IRVING JOHN HIGGINS** |

| | |
|---|---|
| AND | |
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | CASE NO. C04-2123 WHA<br>CASE NO. C04-3327 WHA<br>CASE NO. C04-3732 WHA |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CORRECT THE PORTIONS OF THE ADMITTED DEPOSITION TRANSCRIPT OF IRVING JOHN HIGGINS**

The Court has considered Plaintiffs' and Defendants' Joint Motion to Correct the Portions of the Admitted Deposition Transcript of Irving John Higgins and finds that the Motion should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Correct the Portions of the Admitted Deposition Transcript of Irving John Higgins is GRANTED.

SIGNED this 30th day of June, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge