IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA <br> No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER RE SCHEDULE FOR MOTION FOR ATTORNEY'S FEES** |

Any motion to determine whether the case is exceptional must be filed by July 17th to be briefed on a 35–day track. However, the itemization of attorney's fees will await a determination on whether or not the movants demonstrate this is an exceptional case. Therefore, there is no occasion for the delay set forth in the parties' joint proposal. If attorney's fees are awarded later, it will be via the Court's normal application which culminates in the use of a special master. Any bill of costs must be filed in a normal and timely manner.

**IT IS SO ORDERED.**

Dated: July 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE