BRADFORD J. BADKE (*pro hac vice*)
jim.badke@ropesgray.com
JEANNE CURTIS (*pro hac vice*)
jeanne.curtis@ropesgray.com
SONA DE (CSB # 193896)
sona.de@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone:  (650) 617-4000
Facsimile:   (650) 617-4090

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>    Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>    Defendants.<br><br>AND RELATED CASES | CASE NO. C04-2123 WHA<br>CASE NO. C04-3327 WHA<br>CASE NO. C04-3732 WHA<br><br>**BD/NOVA'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TRIAL** |

TO THE CLERK OF COURT:

Pursuant to General Order No. 58, Defendants BD/Nova hereby request permission to bring electronic equipment into Courtroom 9 on the 19th floor on July 11, 2008 for use during trial to be held in these matters beginning on July 14, 2008.

Dated: July 3, 2008

Respectfully submitted,

ROPES & GRAY LLP

By: /s/
Bradford J. Badke (*pro hac vice*)
Jeanne Curtis (*pro hac vice*)
Sona De (CSB # 193896)
Mark D. Rowland (CSB # 157862)
Gabrielle E. Higgins (CSB # 163179)

*Attorneys for Defendants*
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

## ORDER

Equipment for trial (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, and ten to twelve boxes of documents and supplies) may be brought into Courtroom 9 on the 19th floor by Ropes & Gray LLP, counsel for Defendants, and Ropes & Gray's vendor Aquipt beginning on July 11, 2008 for the duration of trial.

**IT IS SO ORDERED.**

Dated: July 3, 2008.

By: /s/ Judge William Alsup
The Honorable William H. Alsup
United States District Court Judge

BD/NOVA'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING
REQUEST FOR ENTRY AND USE OF EQUIPMENT AT TRIAL
CASE NOS. C04-2123 WHA; C04-3327 WHA; and C04-3732 WHA

1