IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br><br>   Plaintiff,<br><br> v.<br><br> BECTON, DICKINSON AND COMPANY,<br><br>   Defendant.<br>_____/<br>AND CONSOLIDATED CASES.<br>_____/ | No. C 04-02123 WHA<br><br>Consolidated with<br><br>No. C 04-03327 WHA<br>No. C 04-03732 WHA<br>No. C 05-03117 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |

Abbott is requested to respond to defendants' motion to dismiss for lack of subject matter jurisdiction by **JULY 9 AT NOON**. Any reply should be filed by **JULY 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 7, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE