1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   THERASENSE, INC.,                              No. C 04-02123 WHA

11            Plaintiff,                             Consolidated with

12   v.                                             No. C 04-03327 WHA
                                                    No. C 04-03732 WHA
13   BECTON, DICKINSON AND COMPANY,                 No. C 05-03117 WHA

14            Defendant.
     _____/
15                                                  **ORDER RE DEFENDANTS'**
     AND CONSOLIDATED CASES.                        **LETTER RE ABBOTT'S**
16   _____/                **TRIAL WITNESSES**

17

18

19          The Court has received defendants' letter regarding its objections to Abbott's trial

20   witnesses Joan Clifford, Linda Martin, and John Vozella.  Any such objections to these

21   witnesses will be heard on the first day of trial next Monday.

22

23          **IT IS SO ORDERED.**

24

25   Dated: July 8, 2008.                           _____
                                                     WILLIAM ALSUP
26                                                   UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California