IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| Defendant. | |
| AND CONSOLIDATED CASES. | **ORDER RE INSTRUCTIONAL VIDEO FOR JURY** |

The Court intends to show the jury an instructional DVD on patent trials created by the Federal Judicial Center. The parties are requested to bring the proper equipment at trial on Monday so the video can be shown.

**IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE