IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENCE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY,<br><br>Defendant.<br>_____/<br>AND RELATED CASES<br>_____/ | No. C 04-02123 WHA<br><br>**ORDER TO JURY COMMISSIONER**<br><br>CONSOLIDATED CASES:<br><br>No. C 04-03327 WHA<br>　　C 04-03732 WHA |

　　IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: July 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE