ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

JAMES W. CANNON, JR. (*pro hac vice*)
SCOTT POWERS (*pro hac vice*)
BAKER BOTTS, LLP
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701
Telephone: (512) 322-2653
Facsimile: (512) 322-8353
Email: jim.cannon@bakerbotts.com
Email: scott.powers@bakerbotts.com

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile: (713) 229-2722
Email: maria.boyce@bakerbotts.com

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6595
Facsimile: (214) 661-4595
Email: david.wille@bakerbotts.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant. | CASE NO. C04-2123 WHA<br>CASE NO. C04-3327 WHA<br>CASE NO. C04-3732 WHA<br><br>**JOINT STIPULATION REGARDING LOST PROFITS AND MARKING FOR THE '890 PATENT** |

**JOINT STIPULATION REGARDING LOST PROFITS AND
MARKING FOR THE '890 PATENT**

Plaintiffs Abbott Diabetes Care Inc. and Abbott Laboratories (collectively, "Abbott"), and Defendants Becton Dickinson and Co. ("BD") and Nova Biomedical Corporation ("Nova") (collectively, "BD/Nova") have conferred and reached agreement regarding the issues of lost profits and marking with respect to Abbott's claims of infringement of the '890 Patent. Accordingly, Abbott and BD/Nova respectfully submit this joint stipulation.

Pursuant to the parties' agreement, Abbott stipulates that it will not pursue a claim for lost profits damages for BD/Nova's alleged infringement of the '890 Patent and will only seek a reasonable royalty at trial. In exchange, BD/Nova stipulates that Abbott has satisfied the marking requirements of 35 U.S.C. § 287 for the '890 Patent for any and all time periods for which Abbott claims reasonable royalty damages. The jury will not be instructed or asked to provide a verdict on issues of lost profits or marking.

This stipulation shall be binding in any trial on the '890 Patent in the above-captioned actions between Abbott and BD or Nova.

DATED: July 11, 2008    ROPES & GRAY L.L.P.

_____
Bradford J. Badke (*pro hac vice*)

ATTORNEYS FOR DEFENDANTS
BECTON, DICKINSON AND COMPANY
AND NOVA BIOMEDICAL
CORPORATION

DATED: July 11, 2008    BAKER BOTTS L.L.P.

_____
James W. Cannon, Jr. (*pro hac vice*)

ATTORNEYS FOR PLAINTIFFS ABBOTT
DIABETES CARE INC. AND ABBOTT
LABORATORIES

|   |   |   |
|---|---|---|
| Dated: July 15, 2008 | APPROVED: | |
|   | By: _____ | |
|   | Honorable William Alsup | |
|   | United States District Judge | |

*IT IS SO ORDERED*
*Judge William Alsup*