ORIGINAL

1    ROHIT SINGLA (#213057)
2    JASON RANTANEN (#229404)
     MUNGER, TOLLES & OLSON LLP
3    560 Mission Street
     27th Floor
4    San Francisco, CA 94105
     Telephone: (415) 512-4000
5    Facsimile: (415) 512-4077
     *Email: rohit.singla@mto.com*
6    *Email: jason.rantanen@mto.com*

7    JAMES W. CANNON, JR. (*pro hac vice*)
8    BAKER BOTTS, LLP
     98 San Jacinto Boulevard
9    Suite 1500
     Austin, Texas 78701
10    Telephone: (512) 322-2653
11    Facsimile: (512) 322-8353
     *Email: jim.cannon@bakerbotts.com*
12    *Email: shannon.hutcheson@bakerbotts.com*

MARIA WYCKOFF BOYCE (*pro hac vice*)
BAKER BOTTS, LLP
910 Louisiana
Houston, Texas 77002
Telephone: (713) 229-1922
Facsimile: (713) 229-2722
*Email: maria.boyce@bakerbotts.com*

DAVID G. WILLE (*pro hac vice*)
BAKER BOTTS, LLP
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6595
Facsimile: (214) 661-4595
*Email: david.wille@bakerbotts.com*

13 Attorneys for Plaintiffs
    ABBOTT DIABETES CARE INC.
14 and ABBOTT LABORATORIES

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  THERASENSE, INC., and ABBOTT LABORATORIES, | **NOTICE OF APPEAL OF JUDGMENT ENTERED UNDER FED. R. CIV. P. 54(b)** |
| 18 | |
| 19           Plaintiffs, | CASE NO. C04-2123 WHA |
|          v. | |
| 20  NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY, | Consolidated with: |
| 21 | |
| 22 | CASE NO. C04-3327 WHA |
|          Defendants. | CASE NO. C04-3732 WHA |
| 23  ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | CASE NO. C05-3117 WHA |
| 24           Plaintiffs, | |
|          v. | |
| 25  ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC, | |
| 26 | |
| 27 | |
| 28           Defendants. | |

Notice is hereby given that Abbott Diabetes Care Inc., formerly TheraSense, Inc., and Abbott Laboratories hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment under Rule 54(b) entered in favor of Nova Biomedical Corporation and Becton, Dickinson and Company with respect to all claims relating to U.S. Patent No. 5,820,551 entered in this action on July 2, 2008, and all underlying orders and opinions relating thereto.

DATED: July 21, 2008

MUNGER, TOLLES & OLSON LLP
ROHIT SINGLA
JASON RANTANEN

By: _____
JASON RANTANEN

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES