**FILED**

AUG – 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABBOTT LABORATORIES,

     Plaintiff,

v.

BECTON, DICKINSON AND COMPANY
AND NOVA BIOMEDICAL
CORPORATION,

     Defendants.

_____/

No. C 04-02123 WHA

**SPECIAL VERDICT FORM**

YOUR ANSWERS MUST BE UNANIMOUS

1.    Has Abbott proven by a preponderance of the evidence that the accused BD Nova strip infringed Claims 11 and 12 of the '890 Patent?

        Yes ___✓___     No _____

GO TO QUESTION 2.

2.    Have defendants proven by clear and convincing evidence that Claims 11 and 12 of the '890 patent are invalid by reason of anticipation or obviousness?

        Yes ___✓___     No _____

GO TO QUESTION 3.

United States District Court
For the Northern District of California

3. Have defendants proven by clear and convincing evidence that Claims 11 and 12 of the '890 patent are invalid by reason of inadequate written description?

Yes ✓         No _____

GO TO QUESTION 4.

4. Have defendants proven by clear and convincing evidence that Claim 11 and 12 are invalid by reason of public use more than one year before the patent application?

Yes _____         No ✓

ANSWER THE FOLLOWING QUESTION ONLY IF YOU ANSWER "YES" ON QUESTION 1 AND "NO" AS TO QUESTIONS 2 TO 4.

5. What damages have been proven by a preponderance of the evidence by reason of any infringement of Claims 11 and 12?

$_____

SPECIAL INTERROGATORIES

If you answer "Yes" to Question No. 1, state whether the aperture element was proven literally versus by an equivalent.

Literally _____         Equivalently ✓

If you answer "Yes" to Question No. 1, state whether the electrode-support element was proven literally versus by an equivalent.

Literally _____         Equivalently ✓

Dated: August 8, 2008.

_____
FOREPERSON

2

*United States District Court*
*For the Northern District of California*