| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*) <br> jim.badke@ropesgray.com <br> JEANNE CURTIS (*pro hac vice*) <br> jeanne.curtis@ropesgray.com <br> SONA DE (CSB # 193896) <br> sona.de@ropesgray.com <br> ROPES & GRAY LLP <br> 1211 Avenue of the Americas <br> New York, New York 10036 <br> Telephone:  (212) 596-9000 <br> Facsimile:   (212) 596-9090 | MARK D. ROWLAND (CSB # 157862) <br> mark.rowland@ropesgray.com <br> GABRIELLE E. HIGGINS (CSB # 163179) <br> gabrielle.higgins@ropesgray.com <br> ROPES & GRAY LLP <br> 525 University Place <br> Palo Alto, CA 94301 <br> Telephone:  (650) 617-4000 <br> Facsimile:   (650) 617-4090 |

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and <br> ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, <br><br> Defendant. <br><br><br> AND CONSOLIDATED CASES | CASE NO. C04-2123 WHA <br> CASE NO. C04-3327 WHA <br> CASE NO. C04-3732 WHA <br><br> [PROPOSED] ORDER GRANTING STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND DEFENDANTS BD/NOVA'S TIME TO JOIN BAYER'S REPLY IN SUPPORT OF MOTION FOR FINDING OF EXCEPTIONAL CASE |

1  Having considered the parties' Stipulation Pursuant To Civil L.R. 6-2 To Extend
2  Defendants BD/Nova's Time To Join Bayer's Reply In Support Of Motion For Finding Of
3  Exceptional Case, the Court has determined that the Stipulation should be GRANTED.
4  Accordingly, the time for BD/Nova to join Bayer's Reply In Support Of Motion For
5  Finding Of Exceptional Case is extended until August 11, 2008.

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 18, 2008.   By: _____
The Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*