IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER RE HEARING ON MOTION FOR A FINDING OF EXCEPTIONAL CASE** |

The Court has received the parties joint proposed order granting a continuance on defendants' motion for a finding of exceptional case. The Court is sympathetic to Mr. Cannon's scheduling difficulties, but the Court's calender would prohibit rescheduling for several weeks. Such delay would present a problem for the Court given the law-clerk turnover. Therefore, the hearing shall go forward as scheduled with any one of Abbott's other many abled attorneys or, in the alternative, Mr. Cannon may appear by telephone. If Mr. Cannon chooses to appear by telephone please contact Dawn Toland to make the appropriate arrangements.

**IT IS SO ORDERED.**

Dated: August 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE