IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL** |

Plaintiff Abbott Laboratories renews its motion for judgment as a matter of law and moves for a new trial. Abbott dedicates the majority of its motion to the written description requirement, but also requests a Rule 50 judgment on literal infringement, anticipation, and obviousness. In the alternative, Abbott moves for a new trial. Abbott's motions are **DENIED**. The instructions given to the jury were an accurate reflection of Federal Circuit law and the jury's verdict on literal infringement, anticipation, and obviousness was supported by sufficient evidence on the record. In addition, no prejudicial errors were made that would warrant a new trial.

**IT IS SO ORDERED.**

Dated: September 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE