IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER RESCHEDULING HEARING** |

The hearing on BD/Nova's motion for attorney's fees is rescheduled for **OCTOBER 16, 2008, AT 8:00AM**. The briefing schedule will remain unchanged.

**IT IS SO ORDERED.**

Dated: September 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE