BRADFORD J. BADKE (*pro hac vice*)
jim.badke@ropesgray.com
JEANNE CURTIS (*pro hac vice*)
jeanne.curtis@ropesgray.com
SONA DE (CSB # 193896)
sona.de@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

THERASENSE, INC. and ABBOTT LABORATORIES,

Plaintiffs,

v.

BECTON, DICKINSON AND COMPANY,

Defendant.

AND CONSOLIDATED CASES

CASE NO. C04-2123 WHA
CASE NO. C04-3327 WHA
CASE NO. C04-3732 WHA

**~~[PROPOSED]~~ JUDGMENT**

Having determined that there is no just reason for delay, judgment is hereby entered under Rule 54(b) in favor of Defendants Becton, Dickinson and Company ("BD") and Nova Biomedical Corporation ("Nova") (collectively, "BD/Nova") on all of Plaintiffs' claims relating to U.S. Patent Nos. 6,592,745 and 6,143,164. This Judgment resolves all of Plaintiffs' claims in CIVIL CASE NOS. 04-02123, 04-03327 and 04-03732 in favor of BD/Nova. Any of BD/Nova's affirmative defenses regarding the aforementioned patents that have not yet been adjudicated or have been denied on summary judgment are dismissed without prejudice, and may be asserted in any post-appeal proceedings in this action or in any subsequent action for any purpose to which it may be relevant. The Clerk **SHALL CLOSE THE FILE FOR CIVIL CASE NOS. 04-02123, 04-03327 AND 04-03732**.

Dated: September 10, 2008




WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE