IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER RE JUDGMENT** |

In the Court's view, the judgment entered on September 10, 2008 (Dkt. 1010) does not prejudice Abbott in anyway and will therefore not be amended.

**IT IS SO ORDERED.**

Dated: September 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE