1   ROHIT SINGLA (#213057)
    JASON RANTANEN (#229404)
2   MUNGER, TOLLES & OLSON LLP
    560 Mission Street
3   27th Floor
4   San Francisco, CA 94105
    Telephone: (415) 512-4000
5   Facsimile: (415) 512-4077
    Email: rohit.singla@mto.com
6   Email: jason.rantanen@mto.com
7
    JAMES W. CANNON, JR. (*pro hac vice*)
8   BAKER BOTTS, LLP
    98 San Jacinto Boulevard
9   Suite 1500
    Austin, Texas 78701
10  Telephone: (512) 322-2653
    Facsimile: (512) 322-8353
11  Email: jim.cannon@bakerbotts.com
12  Email: shannon.hutcheson@bakerbotts.com

    MARIA WYCKOFF BOYCE (*pro hac vice*)
    BAKER BOTTS, LLP
    910 Louisiana
    Houston, Texas 77002
    Telephone: (713) 229-1922
    Facsimile: (713) 229-2722
    Email: maria.boyce@bakerbotts.com

    DAVID G. WILLE (*pro hac vice*)
    BAKER BOTTS, LLP
    2001 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 953-6595
    Facsimile: (214) 661-4595
    Email: david.wille@bakerbotts.com

13  Attorneys for Plaintiffs
    ABBOTT DIABETES CARE INC.
14  and ABBOTT LABORATORIES

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17  ABBOTT DIABETES CARE INC. and
    ABBOTT LABORATORIES,
18
                Plaintiffs,                        **NOTICE OF APPEAL OF JUDGMENT
19      v.                                         ENTERED UNDER FED. R. CIV. P.
                                                   54(b)**
20  ROCHE DIAGNOSTICS CORP., ROCHE
    DIAGNOSTICS OPERATIONS, INC., and              ~~CASE NO. C04-~~
21  BAYER HEALTHCARE LLC,
                                                   Consolidated with:
22              Defendants.
23  THERASENSE, INC., and ABBOTT                   CASE NO. C04-3327 WHA
    LABORATORIES,                                  CASE NO. C04-3732 WHA
24                                                 CASE NO. C05-3117 WHA
                Plaintiffs,
25      v.
26  NOVA BIOMEDICAL CORPORATION
    AND BECTON, DICKINSON AND
27  COMPANY,
28              Defendants.

5870755.1                                                                  NOTICE OF APPEAL

1  Notice is hereby given that Abbott Diabetes Care Inc., formerly TheraSense, Inc., and
2  Abbott Laboratories hereby appeal to the United States Court of Appeals for the Federal Circuit
3  from the judgment under Rule 54(b) entered in favor of Becton Dickinson and Company and
4  Nova Biomedical Corporation in this action on August 8, 2008, and all underlying orders and
5  opinions relating thereto.

DATED: September 30, 2008

MUNGER, TOLLES & OLSON LLP
ROHIT SINGLA
JASON RANTANEN

By: /s/ Rohit Singla / JAR #229404
ROHIT SINGLA

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES