1  ROHIT SINGLA (#213057)
   JASON RANTANEN (#229404)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  27th Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
5  Email: rohit.singla@mto.com
6  Email: jason.rantanen@mto.com

7  JAMES W. CANNON, JR. (*pro hac vice*)
8  BAKER BOTTS, LLP
   98 San Jacinto Boulevard
9  Suite 1500
   Austin, Texas 78701
10 Telephone: (512) 322-2653
   Facsimile: (512) 322-8353
11 Email: jim.cannon@bakerbotts.com
12 Email: shannon.hutcheson@bakerbotts.com

   MARIA WYCKOFF BOYCE (*pro hac vice*)
   BAKER BOTTS, LLP
   910 Louisiana
   Houston, Texas 77002
   Telephone: (713) 229-1922
   Facsimile: (713) 229-2722
   Email: maria.boyce@bakerbotts.com

   DAVID G. WILLE (*pro hac vice*)
   BAKER BOTTS, LLP
   2001 Ross Avenue
   Dallas, Texas 75201
   Telephone: (214) 953-6595
   Facsimile: (214) 661-4595
   Email: david.wille@bakerbotts.com

13 Attorneys for Plaintiffs
   ABBOTT DIABETES CARE INC.
14 and ABBOTT LABORATORIES

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  THERASENSE, INC., and ABBOTT<br>18  LABORATORIES,<br>        Plaintiffs,<br>19  v.<br>20  NOVA BIOMEDICAL CORPORATION<br>    AND BECTON, DICKINSON AND<br>21  COMPANY,<br>        Defendants.<br>22<br>    ABBOTT DIABETES CARE INC. and<br>23  ABBOTT LABORATORIES,<br>24      Plaintiffs,<br>25  v.<br>26  ROCHE DIAGNOSTICS CORP., ROCHE<br>    DIAGNOSTICS OPERATIONS, INC., and<br>27  BAYER HEALTHCARE LLC,<br>28      Defendants. | **NOTICE OF APPEAL OF JUDGMENT ENTERED UNDER FED. R. CIV. P. 54(b)**<br><br>CASE NO. C04-2123 WHA<br><br>Consolidated with:<br><br>CASE NO. C04-3327 WHA<br>CASE NO. C04-3732 WHA<br>CASE NO. C05-3117 WHA |

6076606.1                                                           NOTICE OF APPEAL

| | |
|---|---|
| 1 | Notice is hereby given that Abbott Diabetes Care Inc., formerly TheraSense, Inc., and Abbott Laboratories hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment under Rule 54(b) in favor of Nova Biomedical Corporation and Becton, Dickinson and Company with respect to all claims relating to U.S. Patent Nos. 6,592,745 and 6,143,164, entered in this action on September 10, 2008, and all underlying orders and opinions relating thereto. |

DATED: October 8, 2008

MUNGER, TOLLES & OLSON LLP
ROHIT SINGLA
JASON RANTANEN

By: /s/ Rohit Singla
ROHIT SINGLA

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES