BRADFORD J. BADKE (*pro hac vice*)
jim.badke@ropesgray.com
JEANNE CURTIS (*pro hac vice*)
jeanne.curtis@ropesgray.com
SONA DE (CSB # 193896)
sona.de@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

MARK D. ROWLAND (CSB # 157862)
mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

FILED

OCT 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and ABBOTT LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. C04-2123 WHA<br>Case No. C04-3327 WHA<br>Case No. C04-3732 WHA<br><br>**NOTICE OF CROSS-APPEAL OF JUDGMENT ENTERED UNDER FED. R. CIV. P. 54(b)** |

|   |   |
|---|---|
| 1 | Notice is hereby given that Nova Biomedical Corporation and Becton, Dickinson |
| 2 | and Co. hereby cross-appeal to the United States Court of Appeals for the Federal Circuit from |
| 3 | the judgment under Rule 54(b) entered in favor of Nova Biomedical Corporation and Becton, |
| 4 | Dickinson and Co. in this action on August 8, 2008, and all underlying orders and opinions |
| 5 | relating thereto. Abbott Diabetes Care Inc. and Abbott Laboratories filed a notice of appeal in |
| 6 | this action on September 30, 2008. |

Respectfully submitted,

Dated: October 14, 2008

By *Bradford J. Badke /AH*

Bradford J. Badke
Jeanne C. Curtis
Sona De

1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000 (telephone)
(212) 596-9090 (facsimile)

Mark D. Rowland (CSB # 157862)
Gabrielle E. Higgins (CSB # 163179)

525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

*Attorneys for Defendants*
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

NOTICE OF CROSS-APPEAL OF JUDGMENT ENTERED UNDER FED. R. CIV. P. 54(b)  
Case Nos. C04-2123 WHA; C04-3327 WHA; and C04-3732 WHA

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF CROSS-APPEAL OF JUDGMENT ENTERED UNDER FED. R. CIV. P. 54(b) was served on October 14, 2008 on counsel by causing a true copy of same to be transmitted by email with confirmation by mail to:

Rohit Singla
Munger, Tolles & Olson, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Rohit.Singla@mto.com

Attorneys for TheraSense, Inc. and Abbott Laboratories

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2008 in San Francisco, California.

Sally Hatchett
ROPES & GRAY LLP