IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA |
| | No. C 05-03117 WHA |
| Defendant. / | |
| AND CONSOLIDATED CASES. / | **ORDER RE SELECTION OF SPECIAL MASTER** |

When the parties had not agreed upon a special master by the deadline specified, the court went ahead and lined up a special master. In light of the notice received that all parties have agreed on the Honorable Eugene Lynch of JAMS, by **DECEMBER 1, 2008, AT NOON**, counsel shall submit a form of reference order to Judge Lynch in a form acceptable to him that lays out the guidelines in the Court's order re attorney's fees and costs dated August 21, 2008. The proposed form of reference order should specify a completion date no later than **FEBRUARY 6, 2009**. This completion day is important given how long the attorney's fees process has taken thus far and the importance of bringing the entire case to a close as promptly as possible. The proposed form of reference order should not be executed since the Court may adjust the proposed language but it should be in a form acceptable to Judge Lynch. Please have conversations with Judge Lynch only when all parties are represented. By this order, the Court

1  thanks Judge Lynch in advance for his willingness to serve.  After the form of reference order is
2  approved by the Court it shall be executed by all counsel and Judge Lynch.

4  **IT IS SO ORDERED.**

6  Dated:  November 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE