IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | **ORDER RE REPORT AND RECOMMENDATION BY SPECIAL MASTER** |
| AND CONSOLIDATED CASES. / | |

The Court has received the report and recommendation by special master. By **FRIDAY, MARCH 6, 2009 AT NOON**, each side shall submit a memorandum limited to five double-spaced pages explaining the bottom line amount to be recovered under the special master's report and summarizing any objections thereto. After reading the five-page memoranda, if the Court believes more argument is needed (and is requested within the five pages), then the Court will consider giving further opportunity for argument. The threshold problem is understanding the significance in terms of the bottom line of what the special master has recommended. Please do not ask for extensions.

**IT IS SO ORDERED.**

Dated: March 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE