United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | **ORDER RE AWARD OF ATTORNEY'S FEES** |
| AND CONSOLIDATED CASES. / | |

The Court awards attorney's fees payable by plaintiff Abbott Laboratories to defendants Becton Dickinson and Company and Nova Biomedical Corporation in the amount of $5,949,050.27 following the exhaustion of all appeals of the underlying judgment regarding the validity and unenforceability of the '551 patent, if the Court's inequitable conduct judgment is upheld on appeal.

**IT IS SO ORDERED.**

Dated: March 19, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE