IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | **NOTICE RE REPORT AND RECOMMENDATION BY SPECIAL MASTER** |
| AND CONSOLIDATED CASES. / | |

The Court is in receipt of the report and recommendation by special master regarding attorney's fees and because of subsequent events does not need to approve or disapprove the report and recommendation. However, the Court wishes to thank Special Master Eugene Lynch for his hard work in this case.

Dated: April 1, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE