ROHIT SINGLA (#213057)
JASON RANTANEN (#229404)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: rohit.singla@mto.com
Email: jason.rantanen@mto.com

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and
ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE, LLC,<br><br>Defendants. | CASE NO. C04-2123 WHA<br><br>Consolidated with:<br><br>CASE NO. C04-3327 WHA<br>CASE NO. C04-3732 WHA<br>CASE NO. C05-3117 WHA |
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY,<br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF COSTS JUDGMENT PENDING APPEAL** |

JOINT STIPULATION REGARDING STAY
OF COSTS JUDGMENTS
CASE NO. C 04-2123 WHA

Abbott Diabetes Care, Inc. and Abbott Laboratories ("Plaintiffs"), by and through undersigned counsel of record, and Nova Biomedical Corporation and Becton, Dickinson and Co. ("Defendants"), by and through undersigned counsel of record, hereby stipulate that the bonds obtained by Plaintiffs in the amounts of $133,703.52 and $170,296.07, respectively, are acceptable supersedeas bonds under Federal Rule of Civil Procedure 62(d) for obtaining an order staying execution of the judgments taxing costs in favor of defendants, pending the appeals of the underlying judgments.

The parties therefore agree and stipulate that execution of the costs judgments shall be stayed pending the appeals of the underlying judgments.

DATED: June 16, 2009         MUNGER, TOLLES & OLSON, LLP

By: _____/s/_____
    ROHIT SINGLA

*Attorneys for Plaintiffs*
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

DATED: June 16, 2009         ROPES & GRAY LLP

By: _____/s/_____
    BRADFORD J. BADKE (*pro hac vice*)

*Attorneys for Defendants*
NOVA BIOMEDICAL CORPORATION and
BECTON, DIKINSON AND COMPANY

**IT IS SO ORDERED.**

DATED: June 17, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

JOINT STIPULATION REGARDING STAY
OF COSTS JUDGMENTS
CASE NO. C 04-2123 WHA

7894257.2

|   |   |
|---|---|
| 1 | I, Rohit K. Singla, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Stay of Costs Judgment Pending Appeal. In compliance with General Order 45.X.B., I hereby attest that Bradford J. Badke has concurred in this filing. |

DATED: June 16, 2009         MUNGER, TOLLES & OLSON, LLP

By: _____/s/_____
    ROHIT SINGLA

*Attorneys for Plaintiffs*
ABBOTT DIABETES CARE INC.
and ABBOTT LABORATORIES

7894257.2

JOINT STIPULATION REGARDING STAY
OF COSTS JUDGMENTS
CASE NO. C 04-2123 WHA