**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 3, 2009

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**CASE NUMBER: 04-cv-2123**

**CASE TITLE: Therasense v. Becton**

USCA Case Number: **2008-1511**

    Re:   Record Transmittal Request

Dear Sir/Madam:

Please be advised that the record requested is in electronic format only.  Documents maintained electronically are accessible through PACER at https://ecf.cand.uscourts.gov.  Documents are also accessible through our internal website at https://ecf.cand.circ9.dcn.  Please contact the undersigned deputy clerk for a log in and password.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by:
Case Systems Administrator

cc:  Counsel of Record