IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | **ORDER SETTING CASE MANAGEMENT CONFERENCE AFTER REMAND** |
| AND CONSOLIDATED CASES. / | |

On May 25, 2011, our court of appeals entered an opinion that "vacat[ed] the district court's finding of inequitable conduct and remand[ed] for further proceedings" (Dkt. No. 1114 at 37). The mandate returning this case to the district court has just been entered (Dkt. No. 1115). A case management conference is hereby **SET** for **3:00 P.M. ON AUGUST 4, 2011**. Please file a joint case management statement at least **SEVEN DAYS** prior.

**IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE