IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND CONSOLIDATED CASES. | |

The deadline for filing a petition for a writ of certiorari from the United States Supreme Court is August 23, 2011. A case management conference following remand will be most useful in the week after that deadline. Accordingly, the case management conference previously set for August 4, 2011, is hereby continued to **11:00 A.M. ON SEPTEMBER 1, 2011**. Please file a joint case management conference statement at least **SEVEN DAYS** prior.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE