**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant. / | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND CONSOLIDATED CASES. / | |

Because counsel are unavailable in the weeks immediately following the deadline for certiorari petitions due to other trials, the case management conference previously set for September 1, 2011, will instead be held at **11:00 A.M. ON OCTOBER 13, 2011**. Please file a joint case management statement at least **SEVEN DAYS** prior. The statement should include whether any certiorari petition has been filed or whether an extension of the deadline for doing so has been sought or granted.

**IT IS SO ORDERED.**

Dated: July 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE