MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
GILBERT R. SEROTA (No.75305)
gserota@howardrice.com
DOUGLAS A. WINTHROP (No. 183532)
dwinthrop@howardrice.com
CLARA J. SHIN (No. 214809)
cshin@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Plaintiffs
ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCHE DIAGNOSTICS CORPORATION and BAYER HEALTHCARE LLC,<br><br>Defendants.<br><br>AND CONSOLIDATED CASES | No. C-04-2123 WHA<br><br>Consolidated with<br><br>No. C-04-3327 WHA<br>No. C-04-3732 WHA<br>No. C-05-3117 WHA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS ABBOTT DIABETES CARE INC. AND ABBOTT LABORATORIES AND [PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Abbott Diabetes Care Inc. and Abbott Laboratories ("Abbott"), Plaintiffs in the above-captioned matter, hereby substitute Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, as their attorneys of record in this action in place of Munger, Tolles & Olson LLP, 560 Mission Street, 27th Floor, San Francisco, California 94105. All pleadings, orders, and notices should henceforth be served upon Martin R. Glick, Gilbert R. Serota, Douglas A. Winthrop, and Clara J. Shin at Three Embarcadero Center, 7th Floor, San Francisco, California 94111. Messrs. Glick, Serota, and Winthrop and Ms. Shin are active members in good standing of the State Bar of California and are admitted to practice before this Court.

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

DATED: October 2, 2011.

ABBOTT DIABETES CARE INC.
ABBOTT LABORATORIES

By: _____
SHANNON M. HANSEN

DATED: October 3, 2011.

MARTIN R. GLICK
GILBERT R. SEROTA
DOUGLAS A. WINTHROP
CLARA J. SHIN
HOWARD, RICE, NEMEROVSKI, CANADY,
  FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

By: _____
CLARA J. SHIN

1   In accordance with General Order No. 45, Section X, the filer of this document hereby attests
2   that concurrence in the filing of this document has been obtained from of the signatory listed below.
3   DATED: October 4, 2011

ROHIT K. SINGLA
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105

By: _____*/s/ Rohit K. Singla*_____
        ROHIT K. SINGLA

IT IS SO ORDERED.

DATED:   October 5   , 2011.

By:_____
        THE HONORABLE WILLIAM ALSUP
        UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup