IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., | No. C 04-02123 WHA |
| Plaintiff, | Consolidated with |
| v. | No. C 04-03327 WHA |
| BECTON, DICKINSON AND COMPANY, | No. C 04-03732 WHA<br>No. C 05-03117 WHA |
| Defendant.  / | **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |
| AND CONSOLIDATED CASES.  / | |

The briefing schedule set forth in the parties' joint case management statement following appeal is hereby **ADOPTED** (Dkt. No. 1127 at 5).  The opening briefs will be limited to fifteen pages each or a combined thirty-page brief.  The opposition brief may not exceed forty pages, and the reply briefs may not exceed six pages each or a combined twelve pages.  Given the issue on remand, the Court strongly encourages defendants to submit joint briefing.  The matter will be heard at **8:00 A.M. ON MARCH 15, 2012**.

**IT IS SO ORDERED.**

Dated: October 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE