NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.) AND ABBOTT LABORATORIES,**
*Plaintiffs-Appellees,*

v.

**BECTON, DICKINSON AND COMPANY AND NOVA BIOMEDICAL CORPORATION,**
*Defendants-Appellants,*

AND

**BAYER HEALTHCARE LLC,**
*Defendant.*

---

2012-1504

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

---

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.) AND ABBOTT LABORATORIES,**

*Plaintiffs-Appellants,*

v.

**BECTON, DICKINSON AND COMPANY
AND NOVA BIOMEDICAL CORPORATION,**
*Defendants-Appellees,*

AND

**BAYER HEALTHCARE LLC,**
*Defendant-Appellee.*

---

2012-1365, -1503

---

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Therasense, Inc. and Abbott Laboratories's unopposed motion to withdraw appeals 2012-1365 and 2012-1503,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

3          THERASENSE, INC. V. BECTON DICKINSON AND COMPANY

    (2) Each side shall bear its own costs in 2012-1365 and 2012-1503.

    (3) The revised official caption in 2012-1504 is reflected above. Becton's principal brief in 2012-1504 is due within 30 days of the date of filing of this order.

                                   FOR THE COURT

                                   /s/ Jan Horbaly
                                   Jan Horbaly
                                   Clerk

s25

Issued As A Mandate (For 2012-1365 and 2012-1503 Only): **OCT 2 3 2012**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _L. Borgen_  Date: _10/23/12_